Virginia R. Richard, Esq. (VR 6294)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Attorneys for Plaintiff
GOOGLE INC.

 



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR PLATT J.

BROOKLYN OFFICE
BOYLE M.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------)
**GOOGLE INC.,**                              )
**a Delaware corporation,**                   )          Civ. Action No. _____
                                              )
    **Plaintiff,**                      )
                                              )
    **v.**                              )
                                              )
**RICHARD WOLFE d/b/a**                        )
**FROOGLES.COM,**                             )
**an individual,**                            )
                                              )
    **Defendant.**                      )
------------------------------------------------)

## GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1, Google Inc. ("Google"), by and through its counsel

Winston & Strawn LLP, hereby states as follows:

Google is a Delaware corporation. Google has no parent corporations. There are no

publicly held corporations that own 10% or more of Google's stock.

Dated: April 8, 2005              By: _____

                                  Virginia R. Richard (VR 6294)
                                  WINSTON & STRAWN LLP
                                  200 Park Avenue
                                  New York, New York 10166
                                  Telephone: (212) 294-6700
                                  Facsimile: (212) 294-4700
                                  Attorneys for Plaintiff
                                  GOOGLE INC.

OF COUNSEL:
Andrew P. Bridges
Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400