AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of New York

Google Inc.

V.

Richard Wolfe d/b/a Froogles.com

CV 05 1779

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: PLATT, J.

BOYLE M.J.

TO: (Name and address of Defendant)

Richard Wolfe d/b/a Froogles.com
17 Castle Lane
Holtsville, New York 11742

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Virginia R. Richard, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                    APR 0 8 2005

CLERK                                   DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of NEW YORK

Index Number: CV 05 1779

Date Filed: _____

Plaintiff:
**GOOGLE INC.**

vs.

Defendant:
**RICHARD WOLFE D/B/A FROOGLES. COM**

For:
Winston & Strawn
200 Park Avenue
42nd Floor
New York, NY  10166-4193

APR 2 6 2005

Received by DLS on the 12th day of April, 2005 at 10:35 am to be served on **RICHARD WOLFE D/B/A FROOGLES.COM, 17 CASTLE LANE, HOLTSVILLE, NY 11742**.

I, Andrea Molody, being duly sworn, depose and say that on the **15th day of April, 2005** at **8:55 am**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this SUMMONS IN A CIVIL ACTION AND COMPLAINT

**Military Status:** AT THE TIME OF SERVICE , DEPONENT ASKED WHETHER THE DEFENDANT/RECIPIENT IS IN ACTIVE MILITARY SERVICE FOR THE UNITED STATES OF AMERICA OR FOR ANY STATE IN THE UNITED STATE IN ANY CAPACITY WHATEVER OR DEPENDENT UPON A PERSON IN ACTIVE MILITARY SERVICE AND RECEIVED A NEGATIVE REPLY.

**Description** of Person Served:  Age: 37,  Sex: M,  Race/Skin Color: White,  Height: 5'10",  Weight: 200,  Hair: Dark Blonde,  Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 18th day of April, 2005 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANTHONY BAFFA
Notary Public, State of New York
No. 01BA4974975
Qualified in Suffolk County
Commission Expires Nov. 26, 20_06_

**Andrea Molody**
Process Server

**DLS**
**401 Broadway**
**Suite 510**
**New York, NY  10013**
**(800) 443-1058**
Our Job Serial Number: 2005001672
Ref: 96868

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h