IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOGLE INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD WOLFE d/b/a FROOGLES, COM, an individual, <br><br> Defendant. | CV-05-1779 (TCP)(ETB) <br><br> STIPULATION |

IT IS HEREBY STIPULATED by and between plaintiff Google Inc. and defendant Richard Wolfe d/b/a/ froogles.com that defendant's time to answer or otherwise respond to plaintiff's complaint is hereby extended to and including May 25, 2005.

Dated: May 3, 2005

/s/ Virginia R. Richard
Virginia R. Richard (VR 6294)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

Attorneys for Plaintiff


/s/ Jayni Edelstein Alegria
Jayni Edelstein Alegria (JE 2408)
CAMERON & HORNBOSTEL LLP
866 United Nations Plaza
New York, N.Y. 10017
(646) 840-6666

818 Connecticut Ave., N.W.
Washington, DC 20006
(202) 293-4690

Attorneys for Defendant

So Ordered:

_____
Judge, U.S. District Court