Virginia R. Richard, Esq. (VR 6294)
Lana C. Marina, Esq. (LM 1667)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Attorneys for Plaintiff
GOOGLE INC.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, | Case No. CV 05 1779 (TCP) |
| Plaintiff, | Notice Of Motion For *Pro Hac Vice* Admission Of Andrew P. Bridges |
| v. | |
| RICHARD WOLFE d/b/a FROOGLES.COM, an individual, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Virginia R. Richard and the Certificates of Good Standing annexed thereto, Winston & Strawn LLP moves this Court before the Honorable Thomas C. Platt at the United States District Court for the Eastern District of New York, at the Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Eastern District of New York and Section 2.D. of the Individual Practices of Judge Thomas C. Platt, for an Order admitting Andrew P. Bridges, a member of the firm Winston & Strawn LLP located at 101 California Street, 39th Floor, San Francisco, California 94111 and member in good standing of the Bars of the States of California and Georgia, *pro hac vice*,

thereby permitting him to argue or try the above-captioned matter, in whole or in part, on behalf of plaintiff Google Inc. together with such other and further relief as the Court may deem just and proper. There are no pending disciplinary proceedings against Andrew P. Bridges in any State or Federal court.

Dated: May 12, 2005
      New York, New York

                           Respectfully Submitted,

                           WINSTON & STRAWN LLP

                         By: _____
                              Virginia R. Richard, Esq. (VR 6294)
                              Lana C. Marina, Esq. (LM 1667)
                              200 Park Avenue
                              New York, New York 10166
                              (212) 294-6700

                              Attorneys for Plaintiff
                              GOOGLE INC.

TO:    Stephen L. Humphrey, Esq.
         CAMERON & HORNBOSTEL LLP
         818 Connecticut Avenue, N.W.
         Washington, DC 20006