Virginia R. Richard, Esq. (VR 6294)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------)
**GOOGLE INC.,**                                   )
a Delaware corporation,                            )
                                                   )   Case No. CV 05 1779 (TCP)
                                                   )
    **Plaintiff,**                                 )   Declaration Of Virginia R. Richard
                                                   )   In Support Of Motion To Admit Andrew
    v.                                             )   P. Bridges *Pro Hac Vice*
                                                   )
**RICHARD WOLFE d/b/a**                            )
**FROOGLES.COM,**                                  )
an individual,                                     )
                                                   )
    **Defendant.**                                 )
---------------------------------------------------)

State of New York    )
                     )  ss:
County of New York   )

VIRGINIA R. RICHARD, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the firm of Winston & Strawn LLP, which represents the Plaintiff in this action. I am admitted to practice and am in good standing before the United States District Court for the Eastern District of New York, and the Bars of the States of New York and Colorado. I am fully familiar with the facts and circumstances set forth herein.

2. This Declaration is submitted in support of Plaintiff's motion pursuant to Rule 1.3(c) of this Court's Local Civil Rules for an order permitting attorney Andrew P. Bridges to appear as counsel *pro hac vice* on behalf of Plaintiff in this action.

3. Mr. Bridges is a partner in the firm of Winston & Strawn LLP, located at 101 California Street, 39th Floor, San Francisco, California 94111. Mr. Bridges is currently a member in good standing of the Bars of the District Courts for the District of Arizona, District of Colorado, Northern District of Georgia, Eastern and Western Districts of Arkansas, Northern, Southern, Central and Eastern Districts of California; the U.S. Supreme Court; and the States of California and Georgia. Attached hereto as Exhibits A and B are Certificates of Good Standing for Mr. Bridges from The State Bar of California and the Supreme Court of the State of Georgia, issued within the past thirty (30) days.

4. There are no disciplinary proceedings in the above-referenced jurisdictions with respect to the capacity of Mr. Bridges to practice law or with regard to his conduct as an attorney.

5. It is respectfully submitted that there is good cause for the admission *pro hac vice* as Mr. Bridges has extensive experience with the legal issues that have been asserted in this action, as well as the facts at issue.

7. Based on the foregoing, I respectfully request that Mr. Bridges be admitted as counsel *pro hac vice* in this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2005
New York, New York

_____
Virginia R. Richard

# EXHIBIT A



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

April 14, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW PHILLIP BRIDGES was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

# EXHIBIT B



NORMAN S. FLETCHER, CHIEF JUSTICE
LEAH WARD SEARS, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
JUSTICES

Supreme Court
State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

SHERIE M. WELCH, CLERK
WM. SCOTT HENWOOD, REPORTER

April 13, 2005

    I hereby certify that Andrew Phillip Bridges, Esq., was admitted on the 26th day of June, 1984, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]*
Clerk, Supreme Court of Georgia

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE INC.,<br>a Delaware corporation,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD WOLFE d/b/a<br>FROOGLES.COM,<br>an individual,<br><br>      Defendant. | Case No. CV 05 1779<br><br>Notice Of Admission to Practice<br>*Pro Hac Vice* |

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Andrew P. Bridges, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____

_____
United States District Judge

cc:    Andrew P. Bridges
        Court File

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copies of the Notice of Motion for *Pro Hac Vice* Admission of Andrew P. Bridges, Declaration of Virginia R. Richard in Support of Motion to Admit Andrew P. Bridges *Pro Hac Vice* and Notice of Pro Hac Vice Admission upon the Defendant by causing it to be sent by prepaid, first class mail to:

Stephen L. Humphrey, Esq.
CAMERON & HORNBOSTEL LLP
818 Connecticut Avenue, N.W.
Washington, DC 20006

Dated: May 12, 2005
New York, New York

_____
Matthew A. Pater, Esq.