# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------)
)
**GOOGLE INC.,** )
**a Delaware corporation,** )       **Case No. CV 05 1779**
)
     **Plaintiff,** )       **Notice Of Admission to Practice**
)       ***Pro Hac Vice***
     **v.** )
)
**RICHARD WOLFE d/b/a** )
**FROOGLES.COM,** )
**an individual,** )
)
     **Defendant.** )
---------------------------------------------------)

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Andrew P. Bridges, is permitted to argue or try this particular case in whole or in part as counsel or advocate. *with Virginia R. Richard, Esq. (VR 6294),*

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _May 19, 2005_

_____
United States District Judge

cc:    Andrew P. Bridges
       Court File



**309950**

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at BROOKLYN

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 506800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322350 | Sale of Publications |
| 322340 | Copy Fees |
| 322380 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

```
REG  05-13-05            02:02 PM
DRAWER 2                   155006
                    1     #309950

PRO HAC VICE              $25.00
6855XX
CHECK #                     3949
                    .1No

CHECK             $25.00
```

CASE REFERENCE:
05CV1779

RECEIVED FROM
WINSTON + STRAWN

PRO HAC VICE

DEPUTY CLERK

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.