CAMERON & HORNBOSTEL LLP
818 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20006-2722

PETER A. HORNBOSTEL
DUNCAN H. CAMERON
WILLIAM KITCHELL INCE
FREDERICK SIMPICH
ALEXANDER W. SIERCK
DENNIS JAMES, JR.
MICHELE SHERMAN DAVENPORT
STEPHEN L. HUMPHREY
THOMAS SILBIGER*
THOMAS E. SKILTON
J.A. ANTUNES MACIEL**
YONG LEE*
JAYNI EDELSTEIN ALEGRIA*

*NOT ADMITTED IN DC
**ADMITTED ONLY IN BRAZIL

(202) 293-4690
FAX: (202) 293-1877
www.cameron-hornbostel.com
lawyers@cameron-hornbostel.com

June 23, 2005

**Stephen L. Humphrey**
**Direct dial: 202-293-3529**
**shumphrey@cameron-hornbostel.com**

NEW YORK OFFICE:
866 UNITED NATIONS PLAZA
NEW YORK, N.Y. 10017
(646) 840-6666
FAX: (646) 735-3759
lawyers@cameron-hornbostel.com

OF COUNSEL:
BERTRAND DELANNEY*
KEVIN O'CONNELL

CORRESPONDENTS
LUIS ALBERTO ANINAT
    SANTIAGO, CHILE
LUIZ CLAUDIO DUARTE
    RIO DE JANEIRO, BRAZIL
APISITH JOHN SUTHAM
    BANGKOK, THAILAND

VIA FAX: 1-631-712-5606
The Honorable Thomas C. Platt, Senior Judge,
United States District Court for the Eastern District of New York
Long Island Courthouse
1044 Federal Plaza
P.O. Box 9014
Central Slip, NY 11722-9014

**Re: Google, Inc. v. Richard Wolfe d/b/a/ FROOGLES.com**
     **Case No. CV 05 1779**

Dear Judge Platt:

Mr. Capece gave me permission to fax this letter to chambers.

On May 25, 2005 I requested an extension of time for defendant
Richard Wolfe, d/b/a FROOGLES.com to answer or otherwise respond to
the Complaint filed in this action by plaintiff Google, Inc. The basis for the
request was that Mr. Wolfe had asked this firm, Cameron & Hornbostel LLP
("C&H"), to represent him in the instant civil action. At the time my earlier
letter was submitted to the Court last month, C&H and Mr. Wolfe had not
yet reached any agreement as to representation in the instant civil action.
The Court extended the due date for defendant Wolfe to answer or otherwise
respond to the Complaint to June 24, 2005.

Dockets.Justia.co

The Honorable Thomas C. Platt, Senior Judge
June 23, 2005
Page 2

       The purpose of this letter is to inform the Court that C&H will not be representing defendant Wolfe in this civil action. Mr. Wolfe has advised us, however, that another attorney has agreed to represent him, and will be entering an appearance on defendant's behalf later today or tomorrow.

       A copy of this letter is simultaneously being delivered to counsel for plaintiff, Virginia R. Richard, Esq., by fax, and it is also being filed with the Court electronically through ECF.

Respectfully submitted,

Stephen L. Humphrey

Cc:   Virginia R. Richard, Esq. (VIA FAX: 212-294-4700)
       Winston & Strawn LLC
       200 Park Avenue
       New York, NY 10166