Robert L. Powley (RP7674)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
(212) 226-5054
Attorneys for Defendant,
Richard Wolfe d/b/a FROOGLES.COM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
GOOGLE INC.,                                        :
a Delaware Corporation                              :     Civ. Action No. 2:05-cv-01779-TCP-ETB
                                                    :
                                                    :     ECF
            Plaintiff,                              :
                                                    :
        -v-                                         :     NOTICE OF APPEARANCE
                                                    :
RICHARD WOLFE d/b/a                                 :
FROOGLES.COM,                                       :
an individual,                                      :
            Defendant.                              :
---------------------------------------------------------x

PLEASE TAKE NOTICE that Defendant Richard Wolfe, d/b/a FROOGLES.COM has retained the undersigned as attorneys in connection with the above captioned matter. The undersigned have an office and address as indicated below.

June 24, 2005                                  Respectfully submitted,


                                               /s/ Robert L. Powley
                                               /s/ Manavinder S. Bains
                                               Robert L. Powley (RP7674)
                                               Manavinder S. Bains (6699MB)
                                               Attorneys for Defendant, Richard Wolfe,
                                               d/b/a FROOGLES.COM

                                               Law Office of Robert L. Powley, P.C.
                                               417 Canal Street, 4th Floor
                                               New York, New York 10013
                                               (212) 226-5054

Dockets.Justia.com