Robert L. Powley (RP7674)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
(212) 226-5054
Attorneys for Defendant,
Richard Wolfe d/b/a FROOGLES.COM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
GOOGLE INC.,
a Delaware Corporation

           Plaintiff,

           -v-

RICHARD WOLFE d/b/a
FROOGLES.COM,
an individual,
           Defendant.
---------------------------------------------------------x

Civ. Action No. 2:05-cv-01779-TCP-ETB

ECF

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant Richard Wolfe, d/b/a FROOGLES.COM has retained the undersigned as attorneys in connection with the above captioned matter. The undersigned have an office and address as indicated below.

June 27, 2005

           Respectfully submitted,

           /s/ Robert L. Powley
           Robert L. Powley (RP7674)
           Attorney for Defendant, Richard Wolfe,
           d/b/a FROOGLES.COM

           Law Office of Robert L. Powley, P.C.
           417 Canal Street, 4th Floor
           New York, New York 10013
           (212) 226-5054