Robert L. Powley (RP7674)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
(212) 226-5054
Attorneys for Defendant
Richard Wolfe d/b/a FROOGLES.COM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
GOOGLE INC.,                               :
a Delaware Corporation                     :    Civ. Action No. 2:05-cv-01779-TCP-ETB
                                           :
                                           :    ECF
              Plaintiff,                   :
                                           :
       -v-                                 :    ERRATA SHEET
                                           :
RICHARD WOLFE d/b/a                        :
FROOGLES.COM,                              :
an individual,                             :
              Defendant.                   :
                                           :
-------------------------------------------------------x

1.      The Answer submitted by Defendant Richard Wolfe d/b/a/ FROOGLES.COM (hereinafter "Defendant"), originally filed and served on June 24, 2005 is hereby amended as follows:

2.      On page 2, Paragraph 4, substitute "Paragraph 3" with "Paragraph 4."

3.      On page 2, Paragraph 5, substitute "of the register of the register" with "of the register."

4.      On page 2, Paragraph 5, substitute "Paragraph 3" with "Paragraph 5."

5.      On page 9, Paragraphs 53 and 54, substitute "set for" with "set forth."

6. On page 9, Paragraph 59, substitute "froggles" with "froogles."

7. On page 17, the last sentence of Paragraph 2 of Defendant's Counterclaims, substitute "froolges.com" with "froogles.com."

8. On page 17, the first sentence of Paragraph 3 of Defendant's Counterclaims, substitute "www.froogle.com" with "www.froogles.com."

9. On page 18, Paragraph 10, substitute "FROOGLE" with "FROOGLES."

10. On page 24, Paragraphs 49 and 50, substitute "FROOGLE" with "FROOGLES."

11. On page 25, Paragraph 51 substitute "FROOGLE" with "FROOGLES."

12. On page 25, the last sentence of Paragraph 52, substitute "Defendants are" with "Plaintiff is."

13. On page 25, in the preamble to Defendant's Prayer for Relief, substitute "request" with "requests."

14. On page 26, Paragraph 7, insert "and/or" between the words "transferred" and assigned."

Respectfully submitted,

By: _____     June 29, 2005
Robert L. Powley, Esq. (RP7674)
Manavinder S. Bains, Esq. (MB6699)
Attorneys for Defendant,
Richard Wolfe, d/b/a FROOGLES.COM

Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Phone: 212-226-5054
Fax:    212-226-5085