07/26/2005 16:55 FAX   12122285085         LAW OFFICE R.L.POWLEY,PC                 ☒002/005

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

GOOGLE INC.,
a Delaware corporation,

    Plaintiff,

v.

RICHARD WOLFE d/b/a
FROOGLES.COM,
an individual,

    Defendant.

---

CV-05-1779 (TCP) (ETB)

## JOINT DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 16 and 26(f), Plaintiff Google Inc. and Defendant Richard Wolfe jointly submit the following proposed discovery plan pursuant to Fed. R. Civ. P. 16 and 26(f):

### I. FACT DISCOVERY SCHEDULE

1. **Initial Disclosures.**

Initial disclosures will be made no later than July 29, 2005.

2. **Commencement of Fact Discovery.**

Fact discovery shall commence immediately, by service of initial document production demands and interrogatory requests. Responses to propounded discovery requests shall be served within thirty (30) days. Written discovery and production of documents shall proceed prior to scheduling of depositions. Depositions may commence after October 1, 2005 by which point it is expected that each party's production of documents in response to initial discovery requests shall be substantially complete.

a.  **Interrogatories.** Each party may propound no more than seventy-five (75) interrogatories, including subparts, subject to modification if new issues emerge subsequently.

b.  **Depositions.** Each party shall be limited to ten (10) non-expert depositions. The parties anticipate that a total of approximately twenty (20) depositions will be conducted in this matter. Depositions shall be limited to seven (7) hours, in accordance with the Federal Rules of Civil Procedure. Either party may seek leave of Court for additional time in which to depose the other party.

3. **Close of Fact Discovery.**

The parties shall complete all fact discovery within nine (9) months from July 15, 2005.

4. **Discovery Limitations.**

The parties do not anticipate any discovery limitations at this time other than those set by the Federal Rules.

II. **EXPERT DISCOVERY SCHEDULE**

The parties anticipate that expert discovery will be conducted immediately after factual discovery is completed. The parties have agreed upon the following schedule setting forth the proposed deadlines with respect to expert disclosures and depositions:

| | |
|---|---|
| Google's expert disclosures: | May 15, 2006 |
| Depositions of Google's experts: | June 14, 2006 |
| Wolfe's expert disclosures: | July 14, 2006 |
| Depositions of Wolfe's experts: | August 14, 2006 |
| Google's expert rebuttal report: | September 13, 2006 |

07/26/2005 16:56 FAX   12122265085           LAW OFFICE R.L.POWLEY,PC                    ☒004/005

III. **ADDITIONAL ISSUES PURSUANT TO FED. R. CIV. P. 16 AND 26(f)**

1. **Joinder of Other Parties and Amendment of the Pleadings.**

    All motions for joinder and/or amendment of the pleadings shall be made by December 1, 2005. A party shall have 14 days (unless granted additional leave of Court) in which to respond to any amended pleadings.

2. **Dispositive Motions.**

    The parties may submit motions for summary judgment. Any motion for summary judgment or, to the extent required, any request for approval to file a motion for summary judgment shall be made by October 13, 2006.

3. **Proposed Dates for Final Pretrial Conference and Submission of Pre-Trial Order.**

    The parties propose that a final pretrial conference be held on January 5, 2007 and that the pre-trial order be submitted on January 26, 2007. The parties anticipate that trial will take 4 days.

4. **Protective Order.**

    The parties agree that a Protective Order should be entered in this matter. The parties intend to submit such an order on consent for the Court's consideration.

5. **Alternative Dispute Resolution.**

    At this stage of the proceedings, the parties do not believe this matter is appropriate for voluntary arbitration, mediation or some other form of ADR. As this matter progresses,

any such procedure may be appropriate. The parties do not believe that this matter requires the appointment of a special master.

Dated: July 26, 2005

By: _____
Virginia R. Richard, Esq. (VR 6294)
Lana C. Marina, Esq. (LM 1667)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

OF COUNSEL:
Michael Kwun, Esq.
Rose Hagan, Esq.
GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, California 94043
Telephone: (650) 253-0000

Andrew P. Bridges, Esq.
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiff
GOOGLE INC.

By: _____
Robert L. Powley, Esq. (RP 7674)
Manavinder S. Bains, Esq. (MB 6699)
Nancy A. Juette, Esq. (NJ 7286)
Ananya Dash, Esq. (AD 0376)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054

Attorneys for Defendant
RICHARD WOLFE