BEFORE: THOMAS BOYLE  
UNITED STATES MAGISTRATE JUDGE

DATE: AUGUST 5, 2005  
TIME: 10:30 A.M.

ASSIGNED JUDGE: PLATT

DOCKET NO.: CV-05-1779  CASE NAME: **GOOGLE INC. V. WOLFE**

**FILED**  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ AUG 5 2005 ★  
LONG ISLAND OFFICE

<u>CIVIL CONFERENCE</u>

Initial _X_ Status___ Discovery___ Settlement___ Pre-Motion___ Final___  
HEARING

Automatic Discovery: Has been (_____)   Has Not Been (_____) Completed

APPEARANCES:  Plaintiff                  Defendant

Virginia R. Richard             Robert L. Powley  
                                Manavinder S Bains

* Discovery completed by ___10/1/06___

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next __FL__ conference ---------- 10/20/05 at 1:30 pm by phone

Pre-Trial Order filed by

    Plaintiff _____

    Defendant _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____  
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____  
   The parties shall respond to outstanding document production/interrogatories by _____

So ordered.

/s/ E. Thomas Boyle, U.S.M.J.