BEFORE: THOMAS BOYLE  
UNITED STATES MAGISTRATE JUDGE  
DATE: AUGUST 5, 2005  
TIME: 9:30 A.M.

ASSIGNED JUDGE: PLATT

DOCKET NO.: CV-05-1779   CASE NAME: GOOGLE INC. V. WOLFE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 5 2005 ★
LONG ISLAND OFFICE

CIVIL CONFERENCE

Initial _X_ Status___ Discovery___ Settlement___ Pre-Motion___ Final___
HEARING

Automatic Discovery: Has been (____)   Has Not Been (____) Completed

APPEARANCES:   Plaintiff                        Defendant
              Virginia R. Richard              Robert L. Powley
                                               Manavinder S Bains

* Discovery completed by _____10/1/06_____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next __FL__ conference  ---------- 10/20/05 at 1:30pm by phone

Pre-Trial Order filed by
        Plaintiff    _____
        Defendant    _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
        interrogatories by _____

So ordered
/s/ E. Thomas Boyle, U.S.M.J.