VIA ELECTRONIC CASE FILING (ECF)

October 14, 2005

Magistrate Judge Boyle
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    Google, Inc. v. Richard Wolfe d/b/a Froogles
              Civ. No. 05-01779 (TCP)(ETB)
              Our Ref. No. 246.1

Dear Magistrate Judge Boyle:

    We are counsel for Defendant, Mr. Richard Wolfe in the above-referenced matter and are writing to ask for your Honor's assistance.

    At this time, the parties have not been able to resolve certain issues pertaining to a stipulated protective order that would be acceptable to both sides. As such and in attempt to move discovery and this matter forward, we are requesting Your Honor's intervention with regard to the same and would respectfully request a telephone conference to resolve the outstanding issues at Your Honor's convenience.

    We note that the schedule currently has set a status conference by telephone for October 20, 2005 at 1:30pm.

    If you have any questions or need any further information, please do not hesitate to contact the undersigned.

Respectfully submitted,

*[signature]*

Robert L. Powley
Counsel for Defendant,
Richard Wolfe, d/b/a Froogles

cc:    Virginia Richard, Esq.; Lana Marina, Esq.
       Counsel for Plaintiff, Google, Inc. (via ECF and e-mail)

Law Office of
**Robert L. Powley**
pc

417 Canal Street
4th Floor
New York, NY 10013
212.226.5054
fax 212.226.5085
mailbox@powleylaw.com