UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOOGLE INC.,

                              Plaintiff(s),         ORDER

       -against-                                   CV 05-1779 (TCP) (ETB)

RICHARD WOLFE,

                              Defendant(s).
-------------------------------------------------------------------X

ORDER REFERRING CASE TO MEDIATION

        IT IS ORDERED that the above entitled case is referred to Mediation pursuant to the Eastern District of New York Local Civil Rule 83.11.

        The parties are offered the option of (a) using a mediator from the Court's panel; (b) selecting a mediator on their own; or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a Mediator.

        Counsel shall consult with the ADR Administrator respecting their alternatives and selecting a Mediator.

        All parties, or a principal of a party, with authority to settle, are directed to attend the mediation sessions.

        Mediation shall commence after December 15, 2005 and be completed by February 28, 2006.

        There is no stay of discovery.

SO ORDERED:

Dated:    Central Islip, New York
            October 20, 2005

/s/ E. Thomas Boyle
E. THOMAS BOYLE
United States Magistrate Judge