UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOOGLE INC.,

                      Plaintiff(s),

                                        <u>ORDER</u>

       -against-                                  CV 05-1779 (TCP) (ETB)

RICHARD WOLFE,

                      Defendant(s).
------------------------------------------------------------------------X

       The parties shall file a joint pre-trial order, in compliance with Judge Platt's individual practices, by October 31, 2006.

       A final conference shall be held on November 8, 2006 at 11:00 a.m. before the undersigned.

SO ORDERED:

Dated: Central Islip, New York
       October 25, 2005

                                              <u>/s/ E. Thomas Boyle</u>
                                              E. THOMAS BOYLE
                                              United States Magistrate Judge