# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703<br><br>43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND<br><br>BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193<br><br>(212) 294-6700<br><br>FACSIMILE (212) 294-4700<br><br>www.winston.com | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543<br><br>21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE<br><br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894<br><br>1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

VIRGINIA R. RICHARD
(212) 294-4639
vrichard@winston.com

November 3, 2005

**VIA ELECTRONIC CASE FILING**

The Honorable E. Thomas Boyle
United States Magistrate Judge
United States District Court for the Eastern District of New York
Long Island Courthouse
1044 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

      Re:    Google Inc. v. Richard Wolfe d/b/a Froogles.com,
              Civ. Action No. CV 05-1779 (TCP) (ETB) (E.D.N.Y.)

Dear Judge Boyle:

      Pursuant to the Court's order on October 20, 2005, Google hereby submits a revised stipulated protective order, which incorporates the rulings of this Court and has been accepted by Defendant's counsel.

      Google respectfully requests that the attached order be entered by the Court.

                          Very truly yours,

                          Virginia R. Richard

Attachment
cc:    Robert L. Powley, Esq. (counsel for Defendant)