# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

VIRGINIA R. RICHARD
(212) 294-4639
vrichard@winston.com

November 9, 2005

**VIA ELECTRONIC CASE FILING**

The Honorable E. Thomas Boyle
United States Magistrate Judge
United States District Court for the Eastern District of New York
Long Island Courthouse
1044 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

>   Re:   Google Inc. v. Richard Wolfe d/b/a Froogles.com,
>         Civ. Action No. CV 05-1779 (TCP) (ETB) (E.D.N.Y.)

Dear Magistrate Judge Boyle:

Pursuant to the Court's order on October 20, 2005, Google hereby notifies the Court that the parties have agreed to conduct mediation before Carol F. Simkin, who is a member of the mediation panel of the Eastern District of New York.

It is Google's understanding that the E.D.N.Y. Mediation Office usually selects a mediator from its panel. Notwithstanding, Google reviewed the list of E.D.N.Y. approved mediators carefully and narrowed the list down to two well-qualified individuals, one of whom has been rejected by Defendant's counsel on the basis of a perceived conflict. The parties agree that Ms. Simkin has the requisite expertise in the field of trademark law to serve effectively as a mediator in this case. Accordingly, Google respectfully requests that the Court direct the E.D.N.Y. Mediation Office to appoint Ms. Simkin as the mediator in this case.

Very truly yours,

Virginia R. Richard

cc:   Robert L. Powley, Esq. (counsel for Defendant)