Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5058
Attorneys for Defendant
Richard Wolfe

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, Plaintiff v. RICHARD WOLFE d/b/a FROOGLES.COM, an individual, Defendant. | NOTICE OF APPEARANCE CV-05-1779 (TCP) (ETB) |

PLEASE TAKE NOTICE, that the undersigned attorney has joined the Law Office of Robert L. Powley, P.C., the attorneys of record for Defendant in the above-captioned matter, and hereby submits this Notice of Appearance.

The undersigned attorney was admitted to practice in this District in 1995.

Signature

James M. Gibson (JG 9234)

Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Phone: 212-226-5054
Fax:   212-226-5085