Virginia R. Richard, Esq. (VR 6294)
Lana C. Marina, Esq. (LM 1667)
Jenning Kohlberger, Esq. (JK 1549)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Attorneys for Plaintiff/Counter-Defendant
Google Inc.

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOOGLE INC., <br> a Delaware corporation, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> RICHARD WOLFE d/b/a <br> FROOGLES.COM, <br> an individual, <br><br> Defendant/Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CV-05-1779 (TCP) (ETB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT REQUEST FOR EXTENSION
### OF TIME FOR MEDIATION

Plaintiff/Counter-Defendant, Google Inc., and Defendant/Counterclaimant, Richard Wolfe d/b/a Froogles.com, hereby jointly request the Court for an extension of the deadline to mediate the above-captioned action. Pursuant to the October 20, 2005 order of Magistrate Judge E. Thomas Boyle, the current deadline for conducting mediation is February 28, 2006.

The parties jointly request that the deadline be extended by a period of one month, up to and including March 31, 2006. This request is the first request to extend the time for the parties to mediate.

Dated: February 1, 2006

| | |
|---|---|
| GOOGLE, INC., <br> Plaintiff/Counter-Defendant, | RICHARD WOLFE D/B/A FROOGLES.COM <br> Defendant/Counterclaimant, |
| By its attorneys, | By its attorneys, |
| *(signature)* | *(signature)* |
| Virginia R. Richard, Esq. (VR 6294) <br> Lana C. Marina, Esq. (LM 1667) <br> Jenning Kohlberger, Esq. (JK 1549) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, New York 10166 <br> Telephone: (212) 294-6700 | Robert L. Powley, Esq. (RP 7674) <br> Manavinder S. Bains, Esq. (MB 6699) <br> Law Office of Robert L. Powley, P.C. <br> 417 Canal Street, 4th Floor <br> New York, New York 10013 <br> Telephone: (212) 226-5054 |

SO ORDERED:

_____
U.S. Magistrate Judge E. Thomas Boyle

2