VIA ELECTRONIC CASE FILING (ECF)

March 30, 2006

The Honorable E. Thomas Boyle
United States Magistrate Judge
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Law Office of
**Robert L. Powley**
pc

Re:   Google, Inc. v. Richard Wolfe d/b/a Froogles.com
      Civ. No. 05-01779(TCP)(ETB)
      Our Ref. No. 246.1

Dear Judge Boyle:

      On behalf of Defendant, Mr. Richard Wolfe, we are writing to request the Court's intervention to assist in a discovery matter involving the depositions of Plaintiff's witnesses. Copies of said notices as served on Plaintiff in this lawsuit are attached hereto as Exhibit A.



      At this time, despite several requests to resolve this matter, Plaintiff has failed to confirm dates, times and location(s) for depositions of its witnesses. In a telephone conversation this morning with counsel for Plaintiff, Virginia Richard, Defendant was informed (for the first time) that the individuals it noticed for deposition pursuant to Fed. R. Civ. P. 30(b)(1) are "not available" because according to counsel they do not have the "scope of knowledge" necessary. Plaintiff's position is absolutely unacceptable since all three (3) individuals noticed for deposition are listed on Plaintiff's list of witnesses included in its Initial Disclosures. Moreover, Plaintiff's own documents establish that these three individuals actively participated in the planning and launch of Plaintiff's website www.froogle.com, the very website at issue in Defendant's counterclaim in this lawsuit. Finally, Plaintiff has known since March 3, 2006 that Defendant seeks to depose these individuals and never mentioned that it objected to Defendant's notices until now – one week after it deposed Defendant, Mr. Wolfe, and approximately two weeks before fact discovery is scheduled to close.

      Plaintiff has identified two individuals available for deposition in response to Defendant's 30(b)(6) notice, and the parties are working to confirm dates and times.

417 Canal Street
4th Floor
New York, NY 10013
212.226.5054
fax 212.226.5085
mailbox@powleylaw.com

The Honorable E. Thomas Boyle
March 30, 2006
Page 2 of 2

Accordingly, we request a telephone conference with Your Honor and Plaintiff's counsel at Your Honor's earliest convenience as fact discovery is scheduled to close on April 15, 2006.

Should you have any questions or need any further information, please do not hesitate to contact the undersigned.

Respectfully submitted,

James M. Gibson

Counsel for Defendant,
Richard Wolfe, d/b/a Froogles.com

Cc: Virginia Richard, Esq.
Counsel for Plaintiff, Google, Inc. (via ECF and email)