# EXHIBIT A

Dockets.Justia.com

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5058
Attorneys for Defendant
RICHARD WOLFE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------)
**GOOGLE INC.,**                                  :
**a Delaware corporation,**                       :          **CV-05-1779 (TCP) (ETB)**
                                                  :
    **Plaintiff/Counter-Defendant**          :
                                                  :
    **v.**                                  :
                                                  :
**RICHARD WOLFE d/b/a**                           :
**FROOGLES.COM,**                                 :
**an individual,**                                :
                                                  :
    **Defendant/Counterclaimant**            :
-------------------------------------------------)

## DEFENDANT/COUNTERCLAIMANT'S NOTICE OF DEPOSITION
## PURSUANT TO FED R. CIV. P. 30(b)(6)

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant, Richard Wolfe

("Mr. Wolfe"), will take the deposition of Google Inc. ("Google"), pursuant to Fed. R.

Civ. P. 30(b)(6) at the Law Office of Robert L. Powley PC, 417 Canal Street, 4th Floor,

New York, NY 10013, or at some other mutually agreeable place, commencing at 10:00

a.m. on March 28, 2006, and continuing from day to day (excluding Sundays and

holidays) until completed before a Notary Public or other officer authorized by law to

administer oaths and a stenographer.

Pursuant to Rule 30(b)(6), Google shall designate one or more officers, directors, or managing agents or other persons who consent to testify on behalf of Google with respect to the matters set forth in Schedule A attached hereto. Google is requested to provide Mr. Wolfe's counsel with the name(s) and position(s) of the designee(s) who will testify on behalf of Google in the matters set forth in Schedule A and as to which matters that designee(s) will testify.

You are invited to attend and cross-examine.

Dated: March 3, 2006
      New York, New York

By: _____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile:  (212) 226-5058
Attorneys for Defendant,
RICHARD WOLFE

## DEFINITIONS

1.    "Plaintiff" or "Google" shall mean Google Inc., its subsidiaries, divisions, predecessor and successor companies, affiliates, parents, any joint venture to which it may be a party, and/or each of its employees, agents, officers, directors, representatives, consultants, accountants and attorneys, including any person who served in any such capacity at any time.

2.    "Defendant," "Mr. Wolfe" or "Froogles" shall mean Defendant Richard Wolfe, d/b/a www.froogles.com.

3.    "www.froogles.com" means the website available at www.froogles.com and the domain name associated therewith.

4.    "www.google.com" means the website available at www.google.com and the domain name associated therewith.

5.    "www.froogle.google.com" and/or "www.froogle.com" means the website available at www.froogle.google.com and/or directed to/from www.froogle.com and the domain name(s) associated therewith whether under construction, experimental, or classified as a "beta" site or work in progress.

6.    The term "Froogles Services" means the services included in the United States Trademark Serial Application No. 78/297,093, namely, "Providing marketing information and ordering services in the field of electronic commerce via global computer networks; dissemination of advertising for others via on-line electronic communications network; providing information on global computer networks in the field of electronic commerce in the nature of prices, discounts, sales, availability, terms and other information relating to various third-party merchants and the goods and

services offered by such merchants; enabling consumers to make purchases of good and services from others on global computer networks; infomediary services, namely facilitating transactions between buyers and sellers through providing buyers with information about sellers, goods, and/or services; promoting the sale of goods and services of others and providing access links to sellers through an online marketplace; providing an online computer database in the field of locating products, describing products, rating products, pricing products and comparing prices of products of others."

7.     The term "Google Services" means the services included in U.S. Trademark Registration No. 2,806,075, namely, "computer services, namely, providing software interfaces available over a network in order to create a personalized on-line information service; extraction and retrieval of information and data mining by means of global computer networks; creating indexes of information, indexes of web sites and indexes of other information sources in connection with global computer networks; providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics and audio visual information, by means of global computer information networks;" and "Providing electronic mail and workgroup communications services over computer networks; providing multiple user access to proprietary collections of information by means of global computer information networks."

8.     The term "Google Goods" means the goods included U.S. Trademark Registration No. 2,884,502, namely, "computer hardware; computer software for creating indexes of information, indexes of web sites and indexes of other information resources."

9.  The term "Froogle Services", and/or "Services" means the services included in U.S. Trademark Serial Application No. 78/187,946, namely, "computer services, namely, providing temporary use of non-downloadable computer interface software available over a network in order to create personalized on-line information services; extraction and retrieval of information and data mining by means of global computer networks; creating customized user-defined indexes of information, indexes of web sites and indexes of other information sources which include online web links to other web sites in connection with global computer networks; customized searching services in the nature of providing specific information as requested by customers from indexes of information, indexes of web sites and indexes of other information sources via the Internet; customized searching services, namely, providing specific information as requested by customers from searchable indexes and databases of information, including text, electronic documents, databases, graphics and audio visual information, by means of a global computer information network."

10.  The term "Document" is used in the broadest possible sense as interpreted under the Federal Rules of Civil Procedure and includes, without limitation, all originals and copies, duplicates, drafts and recordings of any written, printed, graphic or otherwise recorded matter, however produced or reproduced, and all "writings" as defined in Federal Rule of Evidence 1001, including, without limitation, the following: abstracts, advertisements, agendas, agreements, analyses of any kind, appointment calendars, articles, assignments, blueprints, books, brochures, charts, circulars, compilations, computer programs, runs and printouts, computer data files in machine readable form, contracts, diaries, letters, email, reports (including reports or notes of telephone or other conversations), memoranda, ledgers, drawings, photographs, specifications, drafts,

catalogs, instructions, invoices, bills of materials, minutes, orders, publications, purchase orders, proposals, working papers, and other writings of whatsoever nature, whether on paper, magnetic tape or other information storage means, including film and computer memory devices; all drafts prepared in connection with any such writings, whether used or not, regardless of whether the document still exists; and where any such items contain any marking not appearing on the original or are altered from the original, then such items shall be considered to be separate original documents."

11.     The term "thing(s)" as used herein refers to any tangible object(s) other than a document, and includes objects of every kind and nature such as, but not limited to, prototypes, models, specimens, computer disks and tapes, videotapes and audiotapes.

12.     The phrase "relating to" means concerning, referring to, summarizing, reflecting, constituting, containing, embodying, pertaining to, involved with, mentioning, discussing, consisting of, comprising, showing, commenting upon, evidencing, describing or otherwise relating to the subject matter.

13.     The term "concerning" means relating to, referring to, describing, evidencing or constituting.

14.     "Version" means any draft or copy of a document or thing, including without limitations, web pages, html documents, or digital files, that differs in any way from a previous or later document or thing having the same title or being served from the same Internet URL.

15.     "Users" shall mean all persons who visit, view, have downloaded content from, or whose computer has made a request to a particular Internet domain, whether identified via web cookies, unique IP address, or any other means.

16.    "Rendering" means the displaying of a document or thing, including, without limitation, graphics and text, pursuant to a request for that thing, or a document containing that thing from a client computer.

17.    "Ad clickthrough" means the serving of, or redirection of an Internet browser to, an advertiser specified document or thing pursuant to the detection of a mouse click on an advertisement.

18.    The term "communication(s)" means every manner or method of disclosure or transfer or exchange of information, whether oral or by document, and whether face-to-face, by telephone, mail, personal delivery or otherwise.

19.    All/each: The terms "all" and "each" shall be construed as all and each, respectively.

20.    And/or: The connectives "and" and "or" shall be construed either disjunctively or conjunctively as is necessary to bring within the scope of the discovery request all responses that might otherwise he construed to be outside of its scope.

21.    Number: The use of the singular form of any word includes the plural and vice versa.

22.    Tense: The present tense shall include the past tense and the past tense shall include the present tense.

## SCHEDULE A

1.    All facts relating to Google's data and document retention policy or policies, specifically including document retention, disposition and/or destruction of any and all documents relating to the conduct or operation of its business, and its data and document retention policy as it relates to information stored by Google relating to individuals conducting searches done on the websites www.google.com and www.froogle.com.

2.    All facts relating to Google's creation, selection, clearance and adoption of the marks GOOGLE and FROOGLE.

3.    All facts relating to any opinion(s) from counsel obtained by Google relating to the availability for use and registration of the marks GOOGLE and FROOGLE.

4.    All facts relating to Google's first awareness of the mark FROOGLES.

5.    All facts relating to the method(s) of promoting and advertising the Services offered under the marks GOOGLE and FROOGLE and the websites www.froogle.com and www.google.com from the date(s) of first use to date.

6.    All facts relating to the method(s) of soliciting sales of the Services under the marks GOOGLE and FROOGLE from the date of first use to date.

7.    All facts relating to advertising and promotional expenditures incurred from 2001 to date in connection with advertisements promoting the froogle.com website.

8.    All facts relating to Google's marketing, advertising and/or business plans with respect to the www.google.com and www.froogle.com websites, and the GOOGLE and FROOGLE marks.

9.    All facts relating to the traffic and volume of "hits" received on the websites www.froogle.com and www.google.com on a monthly basis since the dates of first use.

10.    All facts relating to the dollar amount of sales of the Services under the marks GOOGLE and FROOGLE for each month from the dates of first use to date.

11.    All facts relating to Google's revenues and profits attributable to the www.google.com and www.froogle.com websites.

12.    All facts relating to the channels of trade and consumers using Google's www.froogle.com and www.google.com websites.

13.    All facts relating to any instances of confusion between the websites froogle.com, google.com, and froogles.com.

14.    All facts relating to Google's policy or policies relating to the receipt of misdirected mail, misdirected telephone calls, and/or misdirected electronic mail or other communications in any media received by Google that were intended for Froogles.

15.    All facts relating to consumer complaints regarding the Services sold or offered under the marks GOOGLE or FROOGLE.

16.    All facts relating to any surveys or market research done by or for Google relating to the marks FROOGLE, GOOGLE and/or FROOGLES.

17.    All facts relating to any investigation initiated by Google regarding the froogles.com website and/or the mark FROOGLES.

18.    All facts relating to Google's policies and efforts to police third party use of the terms GOOGLE and FROOGLE and the use of domain names incorporating these terms or similar terms.

19.    All facts relating to Google's agreements with third parties relating to use of marks similar to its GOOGLE and FROOGLE marks.

20.    All facts relating to the date of first use by Google of the mark FROOGLE in connection with the Froogle Services.

21.    All facts relating to any licensing arrangements entered into by Google governing use of the marks GOOGLE or FROOGLE.

22.    All facts relating to Google's acquisition of the domain name froogle.com.

23.    All facts relating to other disputes between Mr. Wolfe and Google.

24.    All facts relating to all actions taken by Google to comply with Mr. Wolfe's discovery requests.

Dated: March 3, 2006
New York, New York

By: _James M. Gib_____

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile:  (212) 226-5058
Attorneys for Defendant,
RICHARD WOLFE

10

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006 a true and correct copy of the foregoing Defendant/Counterclaimant's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) was duly served on counsel for Plaintiff/Counter-Defendant by facsimile, electronic mail, and U.S. first class pre-paid mail addressed as follows:

      Virginia R. Richard (vrichard@winston.com)
      WINSTON & STRAWN LLP
      200 Park Avenue
      New York, New York 10166
      Telephone: (212) 294-6700
      Facsimile: (212) 294-4700
      Attorneys for Plaintiff,
      GOOGLE INC.

                           James M. Gibson

11

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------)
GOOGLE INC.,                                          :
a Delaware corporation,                               :
                                                      :          CV-05-1779 (TCP) (ETB)
    **Plaintiff/Counter-Defendant**       :
                                                      :
    v.                                  :
                                                      :
RICHARD WOLFE d/b/a                                   :
FROOGLES.COM,                                         :
an individual,                                        :
                                                      :
    **Defendant/Counterclaimant**       :
-----------------------------------------------------)

## DEFENDANT/COUNTERCLAIMANT'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) OF SALAR KAMANGAR

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant, Richard Wolfe ("Mr. Wolfe"), will take the deposition of Salar Kamangar, pursuant to Fed. R. Civ. P. 30(b)(1), at the Law Offices of Robert L. Powley, P.C., 417 Canal Street, 4th Floor, New York, New York 10013, commencing at 9:30 a.m. on March 31, 2006, or at some other mutually agreeable place, and continuing from day to day (excluding Sundays and holidays) until completed before a Notary Public or other officer authorized by law to

administer oaths and a stenographer.

You are invited to attend and cross-examine.

Dated: March 3, 2006
New York, New York

By: _____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on a true and correct copy of the foregoing Defendant/Counterclaimant's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) of Salar Kamangar was duly served on counsel for Plaintiff/Counter-Defendant by facsimile, electronic mail and U.S. first class pre-paid mail in an envelope addressed as follows:

Virginia R. Richard (vrichard@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Attorneys for Plaintiff,
GOOGLE INC.

James M. Gibson

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------)
GOOGLE INC.,
a Delaware corporation,                          :

     Plaintiff/Counter-Defendant            :          CV-05-1779 (TCP) (ETB)

     v.                                      :

RICHARD WOLFE d/b/a                              :
FROOGLES.COM,
an individual,                                   :

     Defendant/Counterclaimant               :
-------------------------------------------------)

## DEFENDANT/COUNTERCLAIMANT'S NOTICE OF DEPOSITION
## PURSUANT TO FED. R. CIV. P. 30(b)(1) OF JONATHAN ROSENBERG

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant, Richard Wolfe

("Mr. Wolfe"), will take the deposition of Jonathan Rosenberg, pursuant to Fed. R. Civ.

P. 30(b)(1), at the Law Offices of Robert L. Powley, P.C., 417 Canal Street, 4th Floor,

New York, New York 10013, commencing at 9:30 a.m. on March 30, 2006, or at some

other mutually agreeable place, and continuing from day to day (excluding Sundays and

holidays) until completed before a Notary Public or other officer authorized by law to

administer oaths and a stenographer.

You are invited to attend and cross-examine.

Dated: March 3, 2006
New York, New York

By: _____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the foregoing Defendant/Counterclaimant's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) of Jonathan Rosenberg was duly served on counsel for Plaintiff/Counter-Defendant by facsimile, electronic mail and U.S. first class pre-paid mail in an envelope addressed as follows:

Virginia R. Richard (vrichard@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Attorneys for Plaintiff,
GOOGLE INC.

James M. Gibson

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------)
                       :

**GOOGLE INC.,**
**a Delaware corporation,**       :        **CV-05-1779 (TCP) (ETB)**

    **Plaintiff/Counter-Defendant**  :

    **v.**                   :

**RICHARD WOLFE d/b/a**     :
**FROOGLES.COM,**
**an individual,**            :

    **Defendant/Counterclaimant**  :
---------------------------------------------)

## DEFENDANT/COUNTERCLAIMANT'S NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) OF LARRY PAGE

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant, Richard Wolfe
("Mr. Wolfe"), will take the deposition of Larry Page, pursuant to Fed. R. Civ. P.
30(b)(1), at the Law Offices of Robert L. Powley, P.C., 417 Canal Street, 4th Floor, New
York, New York 10013, commencing at 9:30 a.m. on March 29, 2006, or at some other
mutually agreeable place, and continuing from day to day (excluding Sundays and
holidays) until completed before a Notary Public or other officer authorized by law to

administer oaths and a stenographer.

You are invited to attend and cross-examine.

Dated: March 3, 2006
New York, New York

By: _____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the foregoing Defendant/Counterclaimant's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) of Larry Page was duly served on counsel for Plaintiff/Counter-Defendant by facsimile, electronic mail and U.S. first class pre-paid mail in an envelope addressed as follows:

Virginia R. Richard (vrichard@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Attorneys for Plaintiff,
GOOGLE INC.


James M. Gibson