Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GOOGLE INC.,<br>a Delaware corporation, | CV-05-1779 (TCP) (ETB) |
| Plaintiff/Counter-Defendant | |
| v. | |
| RICHARD WOLFE d/b/a<br>FROOGLES.COM,<br>an individual, | |
| Defendant/Counterclaimant | |

## JOINT REQUEST TO EXTEND TIME OF FACT DISCOVERY

Plaintiff/Counter-Defendant, Google Inc. and Defendant/Counterclaimant, Richard Wolfe d/b/a Froogles.com, hereby jointly request the Court for an extension of time of the deadline to complete fact discovery in the above-captioned action. Pursuant to the Joint Discovery Plan executed by the parties on July 26, 2005, and filed with the Court on July 27, 2005, the current deadline to complete fact discovery is April 15, 2006.

The parties jointly request that the deadline be extended by a period of two (2) months, up to and including June 15, 2006. This request is the first request to extend the time for the parties to complete fact discovery.

Dated: April 10, 2006

By: /s/

Robert L. Powley, Esq. (RP 7674)
James M. Gibson, Esq. (JG 9234)
Manavinder S. Bains, Esq. (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant,
RICHARD WOLFE

By: /s/

Virginia R. Richard, Esq. (VR 6294)
Lana Marina, Esq. (LM 1667)
Jenning Kohlberger, Esq. (JK 1549)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10016
Telephone: 212 294 6700
Attorneys for Plaintiff,
GOOGLE, INC.

SO ORDERED:

_____            _____
U.S. Magistrate Judge Boyle              Date