UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 02 2006 ★
LONG ISLAND OFFICE

BEFORE: E. THOMAS BOYLE, U.S.M.J.

DATE: MAY 2, 2006
TIME: 10:30 A.M.

Tape # 06-27 (1-930    )

ASSIGNED JUDGE: PLATT

DOCKET NO.: CV-05-1779   CASE GOOGLE INC. V. RICHARD WOLFE

CIVIL CONFERENCE-TELEPHONE    S/C

APPEARANCES:

Plaintiff
Virginia Richard
Lana Marina
Jenning Kohlberger
Andrew Bridges

Defendant
Jim Gibson

THE FOLLOWING RULINGS WERE MADE:

The request for a pre-motion conference to move for relief based on "lost" confidential documents is deemed withdrawn since the said records are not "lost".

In the future plntff's counsel is requested to inform the court when there is a change in circumstances, such as occurred here.

So ordered

/s/ E. Thomas Boyle, U.S.M.J.