IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x
GOOGLE INC., a Delaware corporation, :
:
              Plaintiff, :
:
     v. : CIVIL ACTION NO. 2:05-cv-
: 01779 (TCP) (ETB)
RICHARD WOLFE, an individual doing :
business as Froogles.com, :
:
             Defendant, :
:
Richard Wolfe, an individual, :
:
            Counter- :
            Claimant, :
:
     v. :
:
GOOGLE INC., a Delaware corporation, :
:
            Counter- :
            Defendant :
- - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that upon the accompanying Stipulation Of Substitution Of Counsel (Exhibit 1) and the Declaration of Virginia R. Richard in Support (Exhibit 2), Plaintiff/Counter-Defendant Google Inc. ("GOOGLE") will move this Court before the Honorable Thomas C. Platt, United States District Judge, at the United States Courthouse in Central Islip, New York, 11722, on the ___ day of _____, 2006, at _____, or as soon thereafter as counsel can be heard, for an Order substituting Perkins

346476.1

Coie LLP and Amster Rothstein & Ebenstein LLP as lead and local counsel, respectively, for Google in the above entitled action, in place and stead of Winston & Strawn LLP.

Dated: New York, New York
July 21, 2006

**AMSTER, ROTHSTEIN & EBENSTEIN LLP**

By: _____
Chester Rothstein (CR 1417)
Richard S. Mandaro (RM 2602)
90 Park Avenue
New York, NY 10016
(212) 336-8000
(212) 336-8001