# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - x
GOOGLE INC., a Delaware corporation,       :
                                           :
                    Plaintiff,             :
                                           :
         v.                                :   CIVIL ACTION NO. 2:05-cv-
                                           :   01779 (TCP) (ETB)
RICHARD WOLFE, an individual doing         :
business as Froogles.com,                  :
                                           :
                    Defendant,             :
                                           :
Richard Wolfe, an individual,              :
                                           :
                    Counter-               :
                    Claimant,              :
                                           :
         v.                                :
                                           :
GOOGLE INC., a Delaware corporation,       :
                                           :
                    Counter-               :
                    Defendant              :
- - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY CONSENTED AND AGREED that Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111 and Amster, Rothstein & Ebenstein LLP, 90 Park Avenue, New York, New York, 10016, be and hereby is substituted as lead and local counsel, respectively, for Plaintiff/Counter-Defendant Google, Inc. in the above entitled action in place and stead of Winston & Strawn LLP as of the date hereof.

346010.1

                                        Respectfully submitted,

                                        WINSTON & STRAWN LLP

Dated:   New York, New York
                 July 19, 2006

                                        By: _____
                                             Virginia R. Richard
                                             200 Park Avenue
                                             New York, New York 10166
                                             (212) 294-4639

                                        PERKINS COIE

Dated:   Seattle, WA
                 July 20, 2006
                                        By: _____
                                             Ramsey M. Al-Salam
                                             Michael H. Rubin
                                             (*pro hac vice applications to be submitted*)
                                             Four Embarcadero Center, Suite 2400
                                             San Francisco, CA 94111

                                             (415) 344-7020

                                        AMSTER ROTHSTEIN & EBENSTEIN LLP

Dated:   New York, New York
                 July 20, 2006
                                        By: _____
                                             Chester Rothstein (CR 1417)
                                             Richard S. Mandaro (RM 2602)
                                             90 Park Avenue
                                             New York, New York 10016
                                             (212) 336-8000

SO ORDERED,

_____
U.S.D.J.

346010.1                                       -2-