# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------- x
GOOGLE INC., a Delaware corporation,  :
:
Plaintiff,  :
:
v.  :  CIVIL ACTION NO. 2:05-cv-
:  01779 (TCP) (ETB)
RICHARD WOLFE, an individual doing  :
business as Froogles.com,  :
:
Defendant,  :
:
RICHARD WOLFE, an individual,  :
:
Counter-  :
Claimant,  :
:
v.  :
:
GOOGLE INC., a Delaware corporation,  :
:
Counter-  :
Defendant.  :
---------------------------- x

## LOCAL RULE 1.4 DECLARATION OF VIRGINIA R. RICHARD IN SUPPORT OF APPLICATION FOR LEAVE TO SUBSTITUTE COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT GOOGLE INC.

VIRGINIA R. RICHARD, under penalty of perjury, declares that:

1. I am a partner in the firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166. I submit this Declaration prusuant to Rule 1.4 of the Local Rules of the United States District Court of the Eastern District of New York and in support of Winston & Strawn LLP's request to withdraw as counsel for Plaintiff/Counter-Defendant Google Inc. ("Google") in this action.

346013.1

2. Winston & Strawn LP seeks to withdraw as counsel for Google because Google has instructed that the law firms of Perkins Coie and Amster Rothstein & Ebenstein LLP be substituted as lead and local counsel, respectively.

3. I am informed and believe that the withdrawal of Winston & Strawn LLP and the subsitution of Perkins Coie and Amster Rothstein & Ebenstein LLP therefor will not delay the prosecution of this Action.

Dated:   New York, New York
        July 19, 2006

_____
Virginia R. Richard