## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of NOTICE OF MOTION FOR SUBSTITUTION OF COUNSEL, STIPULATION OF SUBSTITUTION OF COUNSEL and DECLARATION OF VIRGINIA R. RICHARD IN SUPPORT to be served upon the following counsel U.S. Mail on July 21, 2006:

Virginia Ann R. Richard
WINSTON STRAWN LLP
200 Park Avenue
New York, New York 10166

Ramsey M. Al-Salam
Michael H. Rubin
PERKINS COIE
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111

Robert L. Powley
James M. Gibson
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

_____
Richard S. Mandaro

346496.1