Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------x
GOOGLE INC., a Delaware corporation,   :
:
    Plaintiff,   :
:
    v.   :   CIVIL ACTION NO.:  2:05-cv-01779
:                            (TCP) (ETB)
RICHARD WOLFE, an individual d/b/a   :
Froogles.com,   :
:   ECF CASE
    Defendant.   :
---------------------------------x
RICHARD WOLFE, an individual,   :
:
    Counter-Claimant,   :
:
    v.   :
:
GOOGLE INC., a Delaware corporation,   :
:
    Counter-Defendant   :
---------------------------------x

### NOTICE OF GOOGLE'S MOTION FOR ADMISSIONS *PRO HAC VICE* OF RAMSEY M. AL-SALAM AND MICHAEL H. RUBIN

PLEASE TAKE NOTICE that upon the accompanying annexed Declaration of Richard S Mandaro, Plaintiff Counter-Defendant Google Inc. ("Google") will move this Court at the United States District Court, Eastern District of New York, Long Island Courthouse, 100 Federal Plaza, Central Islip, NY 11722-4438 as soon as counsel may be heard, for an order granting GOOGLE INC.'S MOTION FOR ADMISSION *PRO HAC VICE* OF RAMSEY M AL-SALAM AND MICHAEL H. RUBIN.

346520.1                          -1-

Doc. 42                           Google Inc. v. Wolfe

Respectfully submitted,

Chester P. Rothstein (CR 1417)
Richard S. Mandaro (RM 2602)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

*Attorneys for Defendant Google Inc.*

Dated: July 28, 2006
       New York, NY

By: _____
       Richard S. Mandaro

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing NOTICE OF GOOGLE INC.'S MOTION FOR ADMISSIONS *PRO HAC VICE* OF RAMSEY M. AL-SALAM AND MICHAEL H. RUBIN was served via overnight courier, postage prepaid, upon the following counsel:

>Robert L. Powley
>James M. Gibson
>Law Office of Robert L. Powley, P.C.
>417 Canal Street, 4th Floor
>New York, New York 10013
>
>Ramsey M. Al-Salam
>Michael H. Rubin
>PERKINS COIE
>Four Embarcadero Center, Suite 2400
>San Francisco, CA 94111

*/s/ Wanda K. Walker*
Wanda K. Walker

Dated:  July 28, 2006
        New York, NY

346520.1