IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------x
GOOGLE INC., a Delaware corporation,  :
:
    Plaintiff,  :
:
    v.  :   CIVIL ACTION NO.: 2:05-cv-01779
:   (TCP) (ETB)
RICHARD WOLFE, an individual d/b/a  :
Froogles.com,  :
:   ECF CASE
    Defendant.  :
---------------------------------x
RICHARD WOLFE, an individual,  :
:
    Counter-Claimant,  :
:
    v.  :
:
GOOGLE INC., a Delaware corporation,  :
:
    Counter-Defendant  :
---------------------------------x

**DECLARATION OF RICHARD S. MANDARO IN SUPPORT OF
GOOGLE'S MOTION FOR ADMISSIONS
*PRO HAC VICE* OF RAMSEY M. AL-SALAM AND MICHAEL H. RUBIN**

**RICHARD S. MANDARO** declares that:

    1    I am an associate of the law firm of Amster, Rothstein & Ebenstein LLP, counsel for Google Inc. ("Google")   I am a member of the bar of this court since February 1996.  I submit this declaration in support of Google's Motion for Admissions *Pro Hac Vice* of Ramsey M. Al-Salam and Michael H  Rubin.

346480.1

-2-

2. Ramsey M. Al-Salam is a member of the firm of Perkins Coie LLP, 1201 Third Avenue, 40th Floor, Seattle, Washington 98102. Mr. Al-Salam is a member in good standing of the Bar of the State of Washington. A Certificate of Good Standing for Mr. Al-Salam from the Supreme Court of the State of Washington is annexed hereto as Exhibit A.

3. Michael H. Rubin is associated with the firm of Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, CA 99111. Mr. Rubin is a member in good standing of the Bar of the State of California. A Certificate of Good Standing for Mr. Rubin from The State Bar of California is annexed hereto as Exhibit B.

4. A copy of a Proposed Order granting Google's Motion For Admissions *Pro Hac Vice* of Ramsey Al-Salam and Michael H. Rubin is annexed hereto as Exhibit C.

I declare under penalty of perjury that all of the foregoing is true and correct.

Dated.  July 28, 2006
        New York, NY
                                            _____
                                            Richard S. Mandaro