Exhibit A

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

RAMSEY M. AL-SALAM

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR #18822

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

RAMSEY M. AL-SALAM

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on November 16, 1989, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 12th day of July, 2006

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT