# Exhibit B

Dockets.Justia.com



**THE**
**STATE BAR**
**OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 20, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL HARRISON RUBIN, #214636 was admitted to the practice of law in this state by the Supreme Court of California on October 1, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N  Salfiti
Custodian of Membership Records