Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x
GOOGLE INC., a Delaware corporation,

    Plaintiff,

    v.

RICHARD WOLFE, an individual d/b/a
Froogles.com,

    Defendant.
- - - - - - - - - - - - - - - - - - - -x
RICHARD WOLFE, an individual,

    Counter-Claimant,

    v.

GOOGLE INC., a Delaware corporation,

    Counter-Defendant
- - - - - - - - - - - - - - - - - - - -x

CIVIL ACTION NO.:  2:05-cv-01779
                  (TCP) (ETB)

ECF CASE

**PROPOSED ORDER GRANTING GOOGLE'S
MOTION FOR ADMISSIONS *PRO HAC VICE*
OF RAMSEY M. AL-SALAM AND MICHAEL H. RUBIN**

Upon the motion and supporting Declaration of Richard S. Mandaro of Amster, Rothstein & Ebenstein LLP, for the admissions *pro hac vice* of Ramsey M. Al-Salam and Michael H. Rubin of Perkins Coie LLP, due and proper notice having been given under the circumstances; and other good cause appearing;

346668.1

-2-

**IT IS HEREBY ORDERED THAT** Ramsey M. Al-Salam and Michael H. Rubin are permitted to appear *pro hac vice* as co-counsel for Google in the above captioned action.

_____
U.S.D.J.

Dated: July ___, 2006

346668.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing DECLARATION OF RICHARD S. MANDARO IN SUPPORT OF GOOGLE'S MOTION FOR ADMISSIONS *PRO HAC VICE* OF RAMSEY M. AL-SALAM AND MICHAEL H. RUBIN, with exhibits, was served via overnight courier, postage prepaid, upon the following counsel:

>Robert L. Powley
>James M. Gibson
>Law Office of Robert L. Powley, P.C.
>417 Canal Street, 4th Floor
>New York, New York 10013
>
>Ramsey M. Al-Salam
>Michael H. Rubin
>PERKINS COIE
>Four Embarcadero Center, Suite 2400
>San Francisco, CA 94111

_/s/ Wanda K. Walker_
Wanda K. Walker

Dated: July 28, 2006
       New York, NY

346480.1