UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

BEFORE:    E. THOMAS BOYLE, U.S.M.J.            DATE:   August 7, 2006

                                                TIME:   1:30 p.m.

                                ASSIGNED JUDGE:   PLATT


DOCKET NO: CV 05-1779        CASE:  GOOGLE v. WOLFE

                    CIVIL CONFERENCE - TELEPHONE

APPEARANCES:    Plaintiff                    Defendant

                Richard Mandaro              Jim Gibson
                Ramsey Al-Salam              Robert Powley


THE FOLLOWING RULINGS WERE MADE:

        Fact discovery is extended to October 1, 2006.  Plaintiff's counsel's application for
substitution, dated July 21, 2006, is hereby granted.

        Any party seeking summary judgment may do so, consistent with Judge Platt's individual
rules.

        The conference scheduled for November 8, 2006 is rescheduled to a status conference on
January 24, 2007 at 2:00 p.m. by phone.  Plaintiff's counsel is requested to initiate the call.

        Pending the outcome of the motion(s) for summary judgment, the filing of a joint pre-
trial order is suspended.

SO ORDERED:

                                /s/ E. Thomas Boyle
                                E. THOMAS BOYLE
                                United States Magistrate Judge