VIA ELECTRONIC CASE FILING (ECF)
& CONFIRMATION BY FIRST CLASS MAIL

August 11, 2006

Hon. Thomas C. Platt
U.S. District Judge
Long Island Courthouse
1044 Federal Plaza
P.O. Box 9014
Central Islip, NY  11722-9014

Law Office of
**Robert L. Powley**
pc

Re:    Google, Inc. v. Richard Wolfe d/b/a Froogles
       Civ. No. 05-01779 (TCP)(ETB)
       Our Ref. No. 246.1

Dear Judge Platt:

We write further to Defendant/Counterclaimant Richard Wolfe's Motion for
Leave to Amend His Answer and Counterclaims.  In accordance with your
Individual Practices, this motion and accompanying documents were served
on the Plaintiff on July 14, 2006.  Plaintiff served its Statement of Non-
Opposition on July 28, 2006.

Please find attached hereto, courtesy copies of the following documents filed
via Electronic Case Filing on August 11, 2006.



- Notice of Motion

- Defendant/Counterclaimant Richard Wolfe's Motion for Leave
  to Amend His Answer and Counterclaims

- Affirmation of James M. Gibson

- Memorandum of Law in Support of
  Defendant/Counterclaimant Richard Wolfe's Motion for Leave
  to Amend His Answer and Counterclaims

- Plaintiff/Counter-Defendant Google, Inc.'s Statement of Non-
  Opposition to Defendant/Counter-Claimant Richard Wolfe
  d/b/a Froogles.com's Motion For Leave to Amend His Answer
  and Counterclaims

417 Canal Street
4th Floor
New York, NY 10013
212.226.5054
fax 212.226.5085
mailbox@powleylaw.com

Hon. Thomas C. Platt
U.S. District Judge
August 11, 2006
Page 2 of 2


If you have any questions or need any further information, please do not
hesitate to contact the undersigned.


Respectfully submitted,


James M. Gibson
Counsel for Defendant/Counterclaimant,
Richard Wolfe, d/b/a Froogles


cc:     Richard S. Mandaro, Esq. (via ECF and email)
        Ramsey Al-Salam, Esq. (via email only)
        Michael H. Rubin, Esq. (via email only)
        Counsel for Plaintiff/Counter-Defendant, Google, Inc.