Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5058
Attorneys for Defendant/Counterclaimant
RICHARD WOLFE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------)
GOOGLE INC.,                                          :
a Delaware corporation,                               :     CV-05-1779 (TCP) (ETB)
                                                      :
        Plaintiff/Counter-Defendant,                  :     Notice of Motion
                                                      :
    v.                                                :
                                                      :
RICHARD WOLFE d/b/a                                   :
FROOGLES.COM,                                         :
an individual,                                        :
                                                      :
        Defendant/Counterclaimant.                    :
------------------------------------------------------)

PLEASE TAKE NOTICE that upon the annexed Affirmation of James M. Gibson affirmed July 14, 2006 and upon the Answer and Counterclaims herein, Defendant/Counterclaimant will move this Court, The Honorable Thomas C. Platt U.S.D.J., United States Courthouse, Central Islip, New York, 11722, on the _____ day of _____ 2006, at _____, or as soon thereafter as counsel can be heard, for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure granting Defendant/Counterclaimant Richard Wolfe's Motion for Leave to Amend his Answer and Counterclaims.

Dated: New York, New York
       July 14, 2006

                                                      _____
                                                      James M. Gibson

                                                      Law Office of Robert L. Powley, P.C.
                                                      417 Canal Street, 4th Floor
                                                      New York, New York 10013
                                                      Telephone: (212) 226-5054
                                                      Facsimile: (212) 226-5058
                                                      Attorneys for Defendant/Counterclaimant,
                                                      RICHARD WOLFE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion, Defendant/Counterclaimant Richard Wolfe's Motion For Leave To Amend His Answer And Counterclaims Pursuant To Fed. R. Civ. P. 15 (with First Amended Answer and Counterclaims attached as Exhibit A), Memorandum of Law in Support of Defendant/Counterclaimant Richard Wolfe's Motion For Leave To Amend His Answer And Counterclaims Pursuant To Fed. R. Civ. P. 15, and Affirmation of James M. Gibson were duly served on counsel for Plaintiff by email and U.S. first class pre-paid mail in an envelope addressed on this 14th day of July as follows:

Andrew P. Bridges (abrides@winston.com)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Virginia R. Richard (vrichard@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Plaintiff,
GOOGLE INC.

James M. Gibson

Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant,
RICHARD WOLFE