Chester P. Rothstein (CR 1417)
Richard S. Mandaro (RM 2602)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

*Attorneys for Plaintiff/Counter-Defendant
Google Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------x
GOOGLE INC., a Delaware corporation, :
    Plaintiff, :
    v. : CIVIL ACTION NO.: 2:05-cv-01779
    : (TCP) (ETB)
RICHARD WOLFE, an individual d/b/a :
Froogles.com, :
    : ECF CASE
    Defendant. :
------------------------------x
RICHARD WOLFE, an individual, :
    Counter-Claimant, :
    v. :
GOOGLE INC., a Delaware corporation, :
    Counter-Defendant :
------------------------------x

**PLAINTIFF/COUNTER-DEFENDANT GOOGLE INC.'S STATEMENT
OF NON-OPPOSITION TO DEFENDANT/COUNTER-CLAIMANT
RICHARD WOLFE d/b/a FROOGLES.COM'S MOTION
FOR LEAVE TO AMEND HIS ANSWER AND COUNTERCLAIMS**

347194.1

Plaintiff/Counter-Defendant Google Inc. hereby advises the Court that it does not oppose Defendant/Counter-Claimant Richard Wolfe d/b/a Froogles.com's request for leave to amend his Answer and Counterclaims solely to amend his prayer for relief, as set forth in his Motion for Leave to Amend His Answer and Counterclaims.

Respectfully submitted,

Dated: July 28, 2006
New York, New York

By: /s/ Richard S. Mandaro
Richard S. Mandaro

Chester P. Rothstein (CR 1417)
Richard S. Mandaro (RM 2602)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

Ramsey M. Al-Salam
Michael H. Rubin
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7020
Fax: (415) 344-7220

*Attorneys for Plaintiff/Counter-Defendant Google Inc.*

347194.1

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **PLAINTIFF/COUNTER-DEFENDANT GOOGLE INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANT/COUNTER-CLAIMANT RICHARD WOLFE d/b/a FROOGLES.COM'S MOTION FOR LEAVE TO AMEND HIS ANSWER AND COUNTERCLAIMS**, was served via e-mail and U.S. Mail, postage prepaid, upon the following counsel:

> Robert L. Powley
> James M. Gibson
> Law Office of Robert L. Powley, P.C. (mailbox@powleylaw.com)
> 417 Canal Street, 4th Floor
> New York, NY 10013
>
> Ramsey M. Al-Salam (RAlsalam@perkinscoie.com)
> Michael H. Rubin (RUBIM@perkinsCoie.com)
> PERKINS COIE LLP
> 4 Embarcadero Center, Suite 2400
> San Francisco, CA 94111

_____
Richard S. Mandaro

Dated:  July 28, 2006
        New York, New York