Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085
Attorneys for Defendant/Counterclaimant
RICHARD WOLFE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 30 2006 ★

LONG ISLAND OFFICE   COURTESY COPY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------)
GOOGLE INC.,                                       :
a Delaware corporation,                            :     CV-05-1779 (TCP) (ETB)
                                                   :
        Plaintiff/Counter-Defendant                :     ORDER GRANTING LEAVE
                                                   :     TO FILE AMENDED ANSWER
                                                   :     AND COUNTERCLAIMS
        v.                                         :
                                                   :
RICHARD WOLFE d/b/a                                :
FROOGLES.COM,                                      :
an individual,                                     :
                                                   :
        Defendant/Counterclaimant                  :
---------------------------------------------------)

This matter came on Defendant's duly noticed motion for leave to file an amended Answer and Counterclaims. The court read the papers submitted in support of the unopposed motion and it appears that justice requires that leave to amend be granted. Therefore,

IT IS ORDERED that:

   1. The motion is GRANTED;

   2. The Defendant is given leave to file the Amended Answer and Counterclaims that was attached as an Exhibit to the Motion to Amend filed on August 11, 2006.

   3. The Plaintiff is given Twenty (20) days from the service of the Amended Answer and Counterclaims to respond to it.

Dated: August 30, 2006

_____
Hon. Thomas C. Platt
U.S. District Judge