**POWLEY & GIBSON, P.C.**
417 Canal Street, 4th Floor
New York, New York 10013
212.226.5054
fax 212.226.5085
mailbox @powleylaw.com

<u>VIA ELECTRONIC CASE FILING</u>

September 27, 2006

Magistrate Judge Boyle
United States District Court
100 Federal Plaza
Central Islip, New York 11722

       Re:    Google, Inc. v. Richard Wolfe d/b/a Froogles
                Civ. No. 05-01779 (TCP)(ETB)
                <u>Our Ref. No. 246.1</u>

Dear Magistrate Judge Boyle:

      We write to request the Court's assistance with general discovery disputes that the parties have been unable to resolve. Today, Defendant served a Motion to Compel pursuant to Fed. R. Civ. P. 37 on Plaintiff and, by this letter, is requesting a telephone conference with Your Honor before the close of fact discovery, which is scheduled for October 1, 2006.

      Given Your Honor's individual rules of practice, Defendant's Motion to Compel cannot be filed until all papers are completed, which will be after the scheduled close of fact discovery. Accordingly, it may be possible for Your Honor to rule on, or provide guidance on some or all of the parties' disputes during a telephone conference call prior to October 1st.

Respectfully submitted,

*James M. Gibson*
James M. Gibson
Counsel for Defendant/Counterclaimant,
Richard Wolfe

cc:    Ramsey Al-Salam, Esq. (Via ECF, Email & Facsimile)
        Richard S. Mandaro Esq. (Via ECF, Email & Facsimile)