UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 02 2006 ★

LONG ISLAND OFFICE

BEFORE: E. THOMAS BOYLE, U.S.M.J.

DATE: OCTOBER 2, 2006
TIME: 10:00 A.M.

ASSIGNED JUDGE: PLATT

DOCKET NO.: CV-05-1779  CASE GOOGLE  V.  WOLFE

CIVIL CONFERENCE-TELEPHONE     S/C

APPEARANCES:   Plaintiff                          Defendant

Ramsey Alsalam                    Jim Gibson
                                  Robert Powley

THE FOLLOWING RULINGS WERE MADE:

Discovery is extended on consent to 12/1/06.

So ordered
E. Thomas Boyle, MJ