# EXHIBIT A

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Manavinder S. Bains (MB 6699)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

GOOGLE INC.,
a Delaware corporation,

    **Plaintiff/Counter-Defendant**

v.

**RICHARD WOLFE d/b/a
FROOGLES.COM,**
an individual,

    **Defendant/Counterclaimant**

---

CV-05-1779 (TCP) (ETB)

### DEFENDANT/COUNTERCLAIMANT'S NOTICE OF DEPOSITION
### PURSUANT TO FED. R. CIV. P. 30(b)(1) OF JONATHAN ROSENBERG

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant, Richard Wolfe ("Mr. Wolfe"), will take the deposition of Jonathan Rosenberg, pursuant to Fed. R. Civ. P. 30(b)(1), at the Law Offices of Robert L. Powley, P.C., 417 Canal Street, 4th Floor, New York, New York 10013, commencing at 9:30 a.m. on March 30, 2006, or at some other mutually agreeable place, and continuing from day to day (excluding Sundays and holidays) until completed before a Notary Public or other officer authorized by law to

administer oaths and a stenographer.

You are invited to attend and cross-examine.

Dated: March 3, 2006  
New York, New York

By: /s/ James M. Gibson  
Robert L. Powley (RP 7674)  
James M. Gibson (JG 9234)  
Manavinder S. Bains (MB 6699)  
Law Office of Robert L. Powley, P.C.  
417 Canal Street, 4th Floor  
New York, New York 10013  
Telephone: (212) 226-5054  
Attorneys for Defendant  
RICHARD WOLFE

CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the foregoing Defendant/Counterclaimant's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) of Jonathan Rosenberg was duly served on counsel for Plaintiff/Counter-Defendant by facsimile, electronic mail and U.S. first class pre-paid mail in an envelope addressed as follows:

    Virginia R. Richard (vrichard@winston.com)
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    Attorneys for Plaintiff,
    GOOGLE INC.

_____
James M. Gibson