# EXHIBIT D

Dockets.Justia.com

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------)

**GOOGLE INC.,**
**a Delaware corporation,**                          :

        **Plaintiff/Counter-Defendant**     :

        **v.**                                           :

**RICHARD WOLFE d/b/a**                              :
**FROOGLES.COM,**
**an individual,**                                    :

        **Defendant/Counterclaimant**       :

-------------------------------------------------------)

**CV-05-1779 (TCP) (ETB)**

## DEFENDANT/COUNTERCLAIMANT'S FIRST
## AMENDED NOTICE OF DEPOSITION PURSUANT
## TO FED. R. CIV. P. 30(b)(1) OF JONATHAN ROSENBERG

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant, Richard Wolfe

("Mr. Wolfe"), will take the deposition of Jonathan Rosenberg, pursuant to Fed. R. Civ.

P. 30(b)(1), at the Law Offices of Robert L. Powley, P.C., 417 Canal Street, 4th Floor,

New York, New York 10013, commencing at 9:30 a.m. on August 10, 2006 or at some

other mutually agreeable time and date, and continuing from day to day (excluding

Sundays and holidays) until completed before a Notary Public or other officer authorized

by law to administer oaths and a stenographer.

    You are invited to attend and cross-examine.

Dated: July 7, 2006
New York, New York

By: _____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006 true and correct copies of the foregoing Defendant/Counterclaimant's First Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) of Jonathan Rosenberg were duly served on counsel for Plaintiff/Counter-Defendant by facsimile, electronic mail and U.S. first class pre-paid mail in envelopes addressed as follows:

> Andrew P. Bridges (abrides@winston.com)
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, California 94111
> Telephone: (415) 591-1000
> Facsimile:  (415) 591-1400
>
> Virginia R. Richard (vrichard@winston.com)
> WINSTON & STRAWN LLP
> 200 Park Avenue
> New York, New York 10166
> Telephone: (212) 294-6700
> Facsimile: (212) 294-4700
>
> Attorneys for Plaintiff,
> GOOGLE INC.

James M. Gibson

Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant,
RICHARD WOLFE