# EXHIBIT E

Dockets.Justia.com

Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE



# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------)
GOOGLE INC.,                               :
a Delaware corporation,                    :                CV-05-1779 (TCP) (ETB)
                                           :
        Plaintiff/Counter-Defendant        :
                                           :
        v.                                 :
                                           :
RICHARD WOLFE d/b/a                        :
FROOGLES.COM,                              :
an individual,                             :
                                           :
        Defendant/Counterclaimant          :
-----------------------------------------------------)
```

## DEFENDANT/COUNTERCLAIMANT'S SECOND AMENDED NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(1) OF JONATHAN ROSENBERG

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant, Richard Wolfe

("Mr. Wolfe"), will take the deposition of Jonathan Rosenberg, pursuant to Fed. R. Civ.

P. 30(b)(1), at the Law Offices of Robert L. Powley, P.C., 417 Canal Street, 4th Floor,

New York, New York 10013, commencing at 9:30 a.m. on September 26, 2006 and

continuing from day to day (excluding Sundays and holidays) until completed before a

Notary Public or other officer authorized by law to administer oaths and a stenographer.

You are invited to attend and cross-examine.

Dated: September 14, 2006
New York, New York

By: _____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006 true and correct copies of the foregoing Defendant/Counterclaimant's Second Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(1) of Jonathan Rosenberg were duly served on counsel for Plaintiff/Counter-Defendant by facsimile, electronic mail and U.S. first class pre-paid mail in envelopes addressed as follows:

Ramsey Al-Salam, Esq. (RAlsalam@perkinscoie.com)
Perkins Coie, LLP
1201 Third Ave Ste. 4800
Seattle, WA 98101
Telephone: (206) 359-6385
Facsimile: (206) 359-7385

Richard S Mandaro. Esq. (rmandaro@arelaw.com)
Amster, Rothstein & Bernstein
90 Park Avenue
New York, NY 10016
Telephone: 212-336-8106
Facsimile: 212-336-8001

Attorneys for Plaintiff,
GOOGLE INC.

James M. Gibson

Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant,
RICHARD WOLFE