# EXHIBIT F

FILE

**James M. Gibson**

**From:** Al-Salam, Ramsey M. (Perkins Coie) [RAlsalam@perkinscoie.com]
**Sent:** Friday, September 22, 2006 7:30 PM
**To:** James M. Gibson
**Cc:** Robert L. Powley; Rubin, Michael (Perkins Coie)
**Subject:** RE: Google Issues

Jim:

**REDACTED**

As you know, we are not going to produce Mr. Rosenberg. We have made that clear and you indicated that would be fine so long as we dismissed our claim. Your last second conditions are unreasonable and, in the end, are a waste of everyone's time and money. You have already made us take two trips there because you cancelled Mr. Nevill-Manning's deposition at the last minute. If we need to discuss this with the magistrate judge, we should soon.

I have been available to discuss the objections. Can you do it Saturday afternoon or Sunday?


Ramsey Al-Salam

Perkins Coie LLP
1201 Third Ave. Ste. 4800
Seattle, WA 98101

Direct Dial: 206.359.6385
Fax Number: 206.359.7385

>     -----Original Message-----
>     **From:** James M. Gibson [mailto:jmgibson@powleygibson.com]
>     **Sent:** Friday, September 22, 2006 4:19 PM
>     **To:** Al-Salam, Ramsey M. (Perkins Coie)
>     **Cc:** Robert L. Powley
>     **Subject:** Google Issues
>
>     Ramsey,
>
>     I am sorry we didn't get a chance to speak this week (mostly due to my schedule) and
>     I do not know if you replied to my most recent message regarding discussing
>     objections to Defendant's 30(b)(6) Notice of Deposition before the scheduled
>     depositions next week, but I have not heard back from you. Given that time is of
>     the essence, here is where Defendant stands on open issues:

**REDACTED**

9/25/2006

2. We plan on moving ahead with the Rosenberg deposition as scheduled on Tuesday, September 26, 2006 (as noticed on September 14th) at our offices unless Google withdraws its case-in-chief prior to the 26th. If Google does not withdraw its case-in-chief, please confirm Mr. Rosenberg's attendance or advise us if Google intends to move for a protective order.

3. The Nevill-Manning deposition is set for September 28th starting at 10:00 a.m. at our office. Please confirm Mr. Nevill-Manning's attendance.

4. If we do not speak further on Google's objections to Defendant's 30(b)(6) Notice, particularly if Google has not withdrawn its case-in-chief, Defendant will file a motion to compel testimony early next week.

**REDACTED**

I will be in the office on Monday all day if you would like to discuss any of the above issues.

Thank you,

Jim

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013

Tel: (212) 226-5054
Fax: (212) 226-8085
www.powleygibson.com

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained herein. Unintended transmission shall not constitute waiver of the attorney-client privilege or any other privilege. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 226-5054. Thank you.

Powley & Gibson, P.C., 304 Hudson Street, 2nd Floor, New York, New York 10013.


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

9/25/2006