# EXHIBIT H

 **Corporate Information**

Home

About Google

**Corporate Overview**
Company
Features
Technology
Business
Culture

**At a Glance**
Quick profile
Address
▸ Management
Milestones

**Our Philosophy**
Ten things
No pop-ups
Software principles

**Related Links**
Investor Relations
Press Center

Find on this site:

Search

## Google Management

Co-founders Larry Page, president of Products, and Sergey Brin, president of Technology, brought Google to life in September 1998. Since then, the company has grown to more than 5,000 employees worldwide, with a management team that represents some of the most experienced technology professionals in the industry. Dr. Eric Schmidt joined Google as chairman and chief executive officer in 2001.

### Executive Management Group

- Dr. Eric Schmidt, Chairman of the Executive Committee and Chief Executive Officer
- Larry Page, Co-Founder & President, Products
- Sergey Brin, Co-Founder & President, Technology
- Shona Brown, Senior Vice President, Business Operations
- W. M. Coughran, Jr., Vice President, Engineering
- David C. Drummond, Senior Vice President, Corporate Development
- Alan Eustace, Senior Vice President, Engineering & Research
- Urs Hölzle, Senior Vice President, Operations & Google Fellow
- Jeff Huber, Vice President, Engineering
- Omid Kordestani, Senior Vice President, Global Sales & Business Development
- George Reyes, Senior Vice President & Chief Financial Officer
- Jonathan Rosenberg, Senior Vice President, Product Management
- Elliot Schrage, Vice President, Global Communications & Public Affairs

### Google Management Group

- Tim Armstrong, Vice President, Advertising Sales
- Nikesh Arora, Vice President, European Operations
- Laszlo Bock, Vice President, People Operations
- Sukhinder Singh Cassidy, Vice President, Asia-Pacific & Latin America Operations
- Vinton G. Cerf, Vice President & Chief Internet Evangelist
- Johnny Chou, Vice President, Sales and Business Development & President, Greater China
- David Eun, Vice President, Content Partnerships
- Dave Girouard, Vice President & General Manager, Enterprise
- Salar Kamangar, Vice President, Product Management
- Kai-Fu Lee, Vice President, Engineering, Product, and Public Affairs & President, Greater China
- Udi Manber, Vice President, Engineering
- Marissa Mayer, Vice President, Search Products & User Experience
- Douglas Merrill, Vice President, Engineering
- Norio Murakami, Vice President & General Manager, Google Japan
- David Radcliffe, Vice President, Real Estate
- Miriam Rivera, Vice President & Deputy General Counsel
- Sheryl Sandberg, Vice President, Global Online Sales & Operations
- Susan Wojcicki, Vice President, Product Management

### Google.org

- Dr. Larry Brilliant, Executive Director

### Board of Directors

- Dr. Eric Schmidt, Google Inc.
- Sergey Brin, Google Inc.
- Larry Page, Google Inc.
- John Doerr, Kleiner Perkins Caufield & Byers
- Michael Moritz, Sequoia Capital
- Ram Shriram, Sherpalo
- John Hennessy, Stanford University
- Arthur Levinson, Genentech
- Paul Otellini, Intel
- Shirley M. Tilghman, Princeton University
- Ann Mather

### Google Inc. Management Team



**Dr. Eric Schmidt**
**Chairman of the Executive Committee and Chief Executive Officer**

Google founders Larry Page and Sergey Brin recruited Eric Schmidt from Novell, where he led that company's strategic planning, management and technology development as chairman and CEO. Since coming to Google, Eric has focused on building the corporate infrastructure needed to maintain Google's rapid growth as a company and on ensuring that quality remains high while product development cycle times are kept to a minimum. Along with Larry and Sergey, Eric shares responsibility for Google's day-to-day operations. Eric's Novell experience culminated a 20-year record of achievement as an Internet strategist, entrepreneur and developer of great technologies. His well-seasoned perspective perfectly complements Google's needs as a young and rapidly growing search engine with a unique corporate culture.

Prior to his appointment at Novell, Eric was chief technology officer and corporate executive officer at Sun Microsystems, Inc., where he led the development of Java, Sun's platform-independent programming technology, and defined Sun's Internet software strategy. Before joining Sun in 1983, he was a member of the research staff at the Computer Science Lab at Xerox Palo Alto Research Center (PARC), and held positions at Bell Laboratories and Zilog. Eric has a bachelor of science degree in electrical engineering from Princeton University, and a master's and Ph.D. in computer science from the University of California-Berkeley. In 2006, Eric was elected to the National Academy of Engineering, which recognized his work on "the development of strategies for the world's most successful Internet search engine company."



**Larry Page**
**Co-Founder & President, Products**

Larry Page was Google's founding CEO and grew the company to more than 200 employees and profitability before moving into his role as President, Products in April 2001. He continues to share responsibility for Google's day-to-day operations with Eric Schmidt and Sergey Brin.

The son of Michigan State University computer science professor Dr. Carl Victor Page, Larry's love of computers began at age six. While following in his father's footsteps in academics, he became an honors graduate from the University of Michigan, where he earned a bachelor of science degree in engineering, with a concentration on computer engineering. During his time in Ann Arbor, Larry built an inkjet printer out of Lego™ bricks.

While in the Ph.D. program in computer science at Stanford University, Larry met Sergey Brin and together they developed and ran Google, which began operating in 1998. Larry went on leave from Stanford after earning his master's degree.

In 2002, Larry was named a World Economic Forum Global Leader for Tomorrow. He is a member of the National Advisory Committee (NAC) of the University of Michigan College of Engineering, and together with Co-Founder Sergey Brin, Larry was honored with the Marconi Prize in 2004. He is a trustee on the board of the X PRIZE, and was elected to the National Academy of Engineering in 2004.



**Sergey Brin**
**Co-Founder & President, Technology**

Sergey Brin, a native of Moscow, received a bachelor of science degree with honors in mathematics and computer science from the University of Maryland at College Park. He is currently on leave from the Ph.D. program in computer science at Stanford University, where he received his master's degree. Sergey is a recipient of a National Science Foundation Graduate Fellowship as well as an honorary MBA from Instituto de Empresa. It was at Stanford where he met Larry Page and worked on the project that became Google. Together they founded Google Inc. in 1998, and Sergey continues to share responsibility for day-to-day operations with Larry Page and Eric Schmidt.

Sergey's research interests include search engines, information extraction from unstructured sources, and data mining of large text collections and scientific data. He has published more than a dozen academic papers, including *Extracting Patterns and Relations from the World Wide Web*; *Dynamic Data Mining: A New Architecture for Data with High Dimensionality*, which he published with Larry Page; *Scalable Techniques for Mining Casual Structures*; *Dynamic Itemset Counting and Implication Rules for Market Basket Data*; and *Beyond Market Baskets: Generalizing Association Rules to Correlations*.

Sergey has been a featured speaker at several international academic, business and technology forums, including the World Economic Forum and the Technology, Entertainment and Design Conference. He has shared his views on the technology industry and the future of search on the *Charlie Rose Show*, CNBC, and CNNfn. In 2004, he and Larry Page were named "Persons of the Week" by ABC World News Tonight.



**Shona Brown**
**Senior Vice President, Business Operations**

Shona Brown took on responsibilities for Google's business operations in 2003, following almost a decade consulting with technology clients in Toronto and Los Angeles for McKinsey and Company. As a partner at McKinsey, she was a leader of the Global Strategy Practice and worked with a wide range of firms on strategy development, business model transformation and operational issues. Her experience includes extensive work in consumer software and hardware technology, online consumer services, and Internet media markets.

She has taught in the Dept. of Industrial Engineering and Graduate School of Business at Stanford University and within McKinsey's mini-MBA program. She is the author of the best-selling business book, *Competing on the Edge: Strategy as Structured Chaos*, which introduced a new strategic model for competing in volatile markets, and she has published broadly in both applied and academic journals.

Shona has a bachelor of computer systems engineering degree from Carleton University in Canada and a master's degree in economics and philosophy from Oxford University as a Rhodes Scholar. She received her Ph.D. and Post-Doctorate from Stanford University's Department of Industrial Engineering and Engineering Management.



**W. M. Coughran, Jr.**
**Vice President, Engineering**

Bill Coughran is Google's VP of Engineering for Systems Infrastructure where he is responsible for large-scale distributed computing programs underlying Google's products. Bill joined Google engineering in early 2003 where he began working with the web crawling, storage, and other systems teams.

During his more than 20 year career in computing, Bill has been involved with embedded software for networking systems, security system products, and computational science and engineering. Immediately prior to joining Google, Bill co-founded and served as CEO and in other executive roles at Entrisphere in Silicon Valley. Prior to that, he was part of Bell Labs including being the head of the Computing Sciences Research Center, where C, C++, Unix, Plan 9, and Inferno were created; as an individual contributor, he has worked in computational science and distributed systems.

Bill currently serves on the boards of directors for nSolutions Inc., and Clearwell Systems Inc.

In addition, Bill is an author of more than 50 publications and has served on several editorial and conference boards, and technical advisory committees. He has also held adjunct and visiting positions at Stanford, the ETH, and Duke.

Bill holds an MS and Ph.D. in Computer Science from Stanford University as well as a BS and a MS in mathematics from Caltech.



**David C. Drummond**
**Senior Vice President, Corporate Development**

David Drummond became Google's vice president, Corporate Development in 2002. In this role, David works with the management team to evaluate and drive new strategic business opportunities, including strategic alliances and mergers and acquisitions. He also serves as Google's general counsel.

David was first introduced to Google in 1998 as a partner in the corporate transactions group at Wilson Sonsini Goodrich and Rosati, one of the nation's leading law firms representing technology businesses. He served as Google's first outside counsel, and worked with Larry Page and Sergey Brin to incorporate the company and secure its initial rounds of financing. During his tenure at Wilson Sonsini, David worked with a wide variety of technology companies, advising them on all aspects of their business and financial activities and helping them manage complex transactions such as mergers, acquisitions and initial public offerings.

Immediately prior to joining Google, David served as executive vice president, finance and chief financial officer for SmartForce, where he helped transform the publicly-traded company into the world's largest e-learning company. David earned his bachelor of arts degree in history from Santa Clara University and his J.D. from Stanford Law School.



**Alan Eustace**
**Senior Vice President, Engineering & Research**

Alan Eustace is Google's VP of Engineering where he is responsible for all aspects of the company's product research and development activities. He joined Google in the summer of 2002. Prior to Google, Alan spent 15 years at Digital/Compaq/HP's Western Research Laboratory where he worked on a variety of chip design and architecture projects, including the MicroTitan Floating Point unit, BIPS – the fastest microprocessor of its era. Alan also worked with Amitabh Srivastava on ATOM, a binary code instrumentation system that forms the basis for a wide variety of program analysis and computer architecture analysis tools. These tools had a profound influence on the design of the EV5, EV6, and EV7 chip designs. Alan was promoted to Director of the Western Research Laboratory in 1999. WRL had active projects in pocket computing, chip multi-processors, power and energy management, internet performance, and frequency and voltage scaling.

In addition to directing Google's engineering efforts, Alan is actively involved in a number of Google's community-related activities, including those with groups like: The Second Harvest Food Bank; the Anita Borg Scholarship Fund; and the Internet Society (ISOC).

Alan is an author of 9 publications and holds 10 patents. He earned a Ph.D. in Computer Science from University of Central Florida.



**Urs Hölzle**
**Senior Vice President, Operations & Google Fellow**

Urs Hölzle was named Google Fellow after serving as the company's first vice president of Engineering. In that role he led development of the company's operational infrastructure. He is also renowned for both his red socks and his free-range Leonberger, Yoshka (Google's top dog). Urs joined Google from the University of California, Santa Barbara where he was an associate professor of computer science. He received a master's degree in computer science from ETH Zurich in 1988 and was awarded a Fulbright Scholarship that same year. In 1994, he earned a Ph.D. from Stanford University, where his research focused on programming languages and their efficient implementation.

As one of the pioneers of dynamic compilation, also known as "just-in-time compilation," Urs invented fundamental techniques used in most of today's leading Java compilers. Before joining Google, Urs was a co-founder of Animorphic Systems, which developed compilers for Smalltalk and Java. After Sun Microsystems acquired Animorphic Systems in 1997, he helped build Javasoft's high-performance Hotspot Java compiler.

In 1996, Urs received a CAREER award from the National Science Foundation for his work on high-performance implementations of object-oriented languages. He was also a leading contributor to DARPA's National Compiler Infrastructure project. Urs has served on program committees for major conferences in the field of programming language implementation, and is the author of numerous scientific papers and U.S. patents.



### Jeff Huber
### Vice President, Engineering

Jeff Huber joined Google in 2003 and is the company's VP of Engineering. In this role, Jeff leads the technology development and innovation efforts for Google's advertising and monetization systems, including Google's AdWords and AdSense programs.

Jeff brings more than 15 years of experience in large scale systems design and operation, online consumer product development, high volume transaction processing and engineering management.

Prior to joining Google, Jeff was VP of Architecture & Systems Development at eBay where he championed the development of their product search infrastructure and expansion of the platform API program. Before eBay, Jeff was SVP of Engineering at Excite@Home, where he led consumer product and infrastructure development for the largest broadband service provider. Earlier in his career, he was a technology consultant with McKinsey & Company, and founded a software development startup. Jeff holds a BS in Computer Engineering from the University of Illinois and a Master's Degree from Harvard University.



### George Reyes
### Senior Vice President & Chief Financial Officer

George Reyes joined Google as chief financial officer in 2002. A seasoned finance executive with a wide range of experience at several well-known Silicon Valley technology companies, George joined Google from ONI Systems where, as interim CFO, he assisted in the sale of the optical networking company to Ciena Corporation.

Prior to ONI Systems, George spent 13 years at Sun Microsystems. During his years at Sun, he held a number of finance roles including Group Controller - General Systems, Director of Finance - Intercontinental Operations, Audit Director, Vice President - Corporate Controller and Vice President-Treasurer.

Currently, George is a Director of Symantec Corporation and BEA Systems Inc.

George holds an MBA from Santa Clara University and a Bachelor of Arts degree in accounting from the University of South Florida.



### Omid Kordestani
### Senior Vice President, Global Sales & Business Development

Omid Kordestani is the Senior Vice President of Global Sales and Business Development. He is directly responsible for Google's worldwide revenue generation efforts as well as the day-to-day operations of the company's sales organization. He joined in May 1999 as Google's "business founder," leading the development and implementation of the company's initial business model. Since then he has brought Google to profitability in record time, generating more than $6 billion in revenue in 2005.

Omid has more than 20 years of high technology consumer and enterprise experience, holding key positions at several startups, including Internet pioneer Netscape Communications. As vice president of Business Development and Sales, he grew Netscape's online revenue from an annual run-rate of $88 million to more than $200 million in 18 months.

Prior to Netscape, he held positions in marketing, product management, and business development at The 3DO Company, Go Corporation, and

Hewlett-Packard.

Omid received an MBA from the Stanford Graduate School of Business in 1991 and a Bachelor of Science degree in electrical engineering from San Jose State University in 1984.



**Jonathan Rosenberg**
**Senior Vice President, Product Management and Marketing**

Jonathan Rosenberg is an 18-year industry veteran who oversees the teams that manage Google's innovative product portfolio and go-to-market strategies. In this role, Jonathan oversees the development, improvement and customer acceptance of all of Google's products, from consumer offerings to business services. He directs the teams with a special focus on delivering exceptional user experiences, continuous innovation, and highly relevant, accountable, and untraditional marketing.

Prior to joining Google in 2002, Jonathan founded, led, and managed some of the most innovative product development teams of the Internet's first era. He was the founding member of @Home's product group and served as Senior Vice President of Online Products and Services after the merger of Excite and @Home. Prior to that, Jonathan managed the eWorld product line for Apple Computer. Earlier, he was Director of Product Marketing for Knight Ridder Information Services in Palo Alto, California, where he directed development of one of the first commercially deployed online relevance ranking engines and menu-driven Boolean search services for consumers.

Jonathan holds an MBA from the University of Chicago and a BA with honors in Economics from Claremont McKenna College, where he graduated Phi Beta Kappa.



**Elliot Schrage**
**Vice President, Global Communications & Public Affairs**

Elliot Schrage is a lawyer and business advisor with 20 years of experience at the intersection of global business strategy and public policy. At Google he is responsible for corporate communications and public affairs, which encompass media relations, stakeholder outreach and policy strategy.

Prior to joining Google, Elliot was the Bernard L. Schwarz Senior Fellow in Business and Foreign Policy at the New York-based Council on Foreign Relations, and an advisor to several global corporations on issues of corporate social responsibility. Immediately preceding, he was Senior Vice President for Global Affairs for Gap Inc., the largest specialty retailer in the U.S., where he directed the company's government affairs initiatives and managed its global compliance organization.

Before joining Gap, Elliot served as managing director of the New York office of Clark & Weinstock, a public policy and management consulting firm. Since 1990, Elliot has also served as Adjunct Professor at Columbia University Business School and Columbia Law School. He has published articles in the Harvard Business Review, The Washington Post, The Financial Times, among other publications.

Elliot received a J.D., Harvard Law School, a Master in Public Policy (MPP) degree from the Kennedy School of Government, and B.A. from Harvard College. He also studied at École Normale Superieure in Paris.



### Tim Armstrong
**Vice President, Advertising Sales**

Tim Armstrong presides over Google's North American advertising sales and operations teams. Tim's team is located in cities across the U.S. and Canada, providing customers with local partnerships as well as centralized sales and services. His team works with some of the world's most widely recognized brands and advertising agencies, as well as some of the fastest growing medium-sized companies.

Tim joined Google from Snowball.com as that company's vice president of Sales and Strategic Partnerships. Prior to his role at Snowball.com, Tim served as director of Integrated Sales & Marketing at Starwave's and Disney's ABC/ESPN Internet Ventures working across the companies Internet, TV, radio, and print properties. He started his career by co-founding and running a newspaper based in Boston, MA, before joining IDG to launch their first consumer Internet magazine, *I-Way*.

Tim has been named one of the top "100 People to Know" for global media by *Media Magazine* and was awarded a Media Maven Award by *Advertising Age* in 2004. He sits on the boards of the Interactive Advertising Bureau (IAB), KnowledgeStorm Inc., and Associated Content Inc. Tim is a graduate of Connecticut College with a double major in Economics and Sociology.



### Nikesh Arora
**Vice President, European Operations**

As Vice President of European Operations, Nikesh Arora manages and develops Google's operations in the European market. He is responsible for creating and expanding strategic partnerships in Europe for the benefit of Google's growing number of users and advertisers.

With a background as an analyst, Nikesh's main areas of focus have been consulting, IT, marketing and finance. Prior to joining Google, he was Chief Marketing Officer and a Member of the Management Board at T-Mobile. While there he spearheaded all product development, terminals, brand and marketing activities of T-Mobile Europe. In 1999 he started working with Deutsche Telekom and founded T-Motion PLC, a mobile multimedia subsidiary of T-Mobile International. Prior to joining Deutsche Telekom, Nikesh held management positions at Putnam Investments and Fidelity Investments in Boston.

Nikesh holds an MS and CFA certification from Boston College, and an MBA from Northeastern University, all of which were awarded with distinction. He has served on the Adjunct Faculty at both Boston College and Northeastern University, developing and teaching courses in business turnarounds, corporate workouts and financial management. In 1989, Nikesh graduated from the Institute of Technology in Varanasi, India with a Bachelor's Degree in Electrical Engineering.



### Laszlo Bock
**Vice President, People Operations**

Laszlo Bock leads Google's human resources function globally, which includes all areas related to the attraction, development and retention of "Googlers."

Laszlo joined Google from the General Electric Company, where most recently he held the position of Vice President of Human Resources within GE Capital Solutions. He had earlier served as Vice President of Compensation and Benefits for GE Commercial Equipment Financing. Before GE, Laszlo was an Engagement Manager at McKinsey and Company, serving clients in the technology, private equity and media

industries on issues of organizational design, talent acquisition and development, and cultural transformation. Laszlo's client work also extended to broader business growth and turnaround strategy. Earlier, he worked as a compensation consultant at Hewitt Associates, an HR consultancy.

Laszlo earned a Masters in Business Administration from the Yale University School of Management, and a Bachelor of Arts in International Relations from Pomona College.



### Sukhinder Singh Cassidy
### Vice President, Asia-Pacific & Latin America Operations

Sukhinder Singh Cassidy is Google's Vice President for Asia-Pacific & Latin America Operations. In this role, she is responsible for all of Google's sales operations in these regions. Sukhinder also oversees the company's local search and channel initiatives globally.

Prior to joining Google, Sukhinder was Co-founder and Senior Vice President of Business Development for Yodlee.com Inc., a leading solutions provider to the global financial services industry. From 1999 to 2003, she was responsible for building Yodlee's client base and revenues, signing agreements with companies such as Citigroup, JP Morgan Chase, Merrill Lynch, Morgan Stanley Dean Witter, Bank of America, Wachovia, Yahoo!, Microsoft, and AOL. For her work at Yodlee and in the industry, Sukhinder has been profiled in publications including Business Week Online, Canada Post, and Innovation Nation, a book profiling Canadian business leaders (Jossey-Bass, 2002).

Prior to joining Yodlee, Sukhinder worked in strategy and business development in Silicon Valley for leading e-commerce providers Amazon.com, and Junglee Corporation, and in New York and London with investment bank Merrill Lynch as well as pay television provider British Sky Broadcasting.

Sukhinder is a graduate of the Ivey School of Business Administration at the University of Western Ontario, Canada.



### Vinton G. Cerf
### Vice President & Chief Internet Evangelist

Vinton G. Cerf is vice president and Chief Internet Evangelist for Google. He is responsible for identifying new enabling technologies and applications on the Internet and other platforms for the company.

Widely known as a "Father of the Internet," Vint is the co-designer with Robert Kahn of TCP/IP protocols and basic architecture of the Internet. In 1997, President Clinton recognized their work with the U.S. National Medal of Technology. In 2005, Vint and Bob received the highest civilian honor bestowed in the U.S., the Presidential Medal of Freedom. It recognizes the fact that their work on the software code used to transmit data across the Internet has put them "at the forefront of a digital revolution that has transformed global commerce, communication, and entertainment."

From 1994-2005, Vint served as Senior Vice President at MCI. Prior to that, he was Vice President of the Corporation for National Research Initiatives (CNRI), and from 1982-86 he served as Vice President of MCI. During his tenure with the U.S. Department of Defense's Advanced Research Projects Agency (DARPA) from 1976-1982, Vint played a key role leading the development of Internet and Internet-related data packet and security technologies.

Since 2000, Vint has served as chairman of the board of the Internet Corporation for Assigned Names and Numbers (ICANN) and he has been a Visiting Scientist at the Jet Propulsion Laboratory since 1998. He

served as founding president of the Internet Society (ISOC) from 1992-1995 and was on the ISOC board until 2000. Vint is a Fellow of the IEEE, ACM, AAAS, the American Academy of Arts and Sciences, the International Engineering Consortium, the Computer History Museum and the National Academy of Engineering.

Vint has received numerous awards and commendations in connection with his work on the Internet, including the Marconi Fellowship, Charles Stark Draper award of the National Academy of Engineering, the Prince of Asturias award for science and technology, the Alexander Graham Bell Award presented by the Alexander Graham Bell Association for the Deaf, the A.M. Turing Award from the Association for Computer Machinery, the Silver Medal of the International Telecommunications Union, and the IEEE Alexander Graham Bell Medal, among many others.

He holds a Ph.D. in Computer Science from UCLA and more than a dozen honorary degrees.



**Johnny Chou**
**Vice President, Sales and Business Development & President, Greater China**

Johnny joined the Google team in China in October 2005, where he is responsible for building Google's sales and channel businesses, and expanding the company's strategic partnerships in the region.

Johnny came to Google from UT Starcom, where he was president of the company's China operations for 9 years. Before that, he was director for wireless systems and software at Lucent Technologies (formerly AT&T) Microelectronics IC group. From 1993 to 1995, as Technical Manager of AT&T's Global Wireless product group, he led multiple development teams for handset and wireless personal base station products. Earlier, he led the team for advanced digital communication research at Bell Labs.

Born in Ningbo, China, Johnny holds an M.S. in Engineering from Princeton University, a M.B.A. from Rutgers University, and a B.S. in Electrical Engineering from City College of New York. He also studied computer science in Fudan University in Shanghai.



**David Eun**
**Vice President, Content Partnerships**

David joined in 2006 and oversees Google's partnerships and alliances with leading providers of content and information. In this capacity, he directs the business development and operational execution of deals with Google's print, multimedia, and local content partners. He also works closely with Google's product management and engineering organizations to develop new products and services with this content.

Prior to joining Google, David was at Time Warner, most recently as the Chief of Staff for the Media & Communications Group. There, he worked on strategy, cross-divisional initiatives, general operational issues, and new business formation, particularly in digital distribution and broadband content and services. Before joining Time Warner, he was a partner at Arts Alliance, a trans-Atlantic venture capital firm focusing on digital media, information technology and business services.

David started his career in media at NBC, where he led some of NBC's first cross-media partnerships involving television programming, on-air promotion, direct response marketing, third party websites, and retail entertainment products. He is a former management consultant with Bain & Co.

David is a graduate of Harvard Law School and Harvard College, where

he graduated Magna Cum Laude in Government.



**Dave Girouard**
**Vice President & General Manager, Enterprise**

Dave Girouard manages Google's growing enterprise business worldwide. He leads a team responsible for sales, marketing, product development and customer support. Prior to joining Google, Dave was senior vice president of marketing and business development at Virage, a provider of multimedia search and content management software. Dave also founded and developed Virage's application services business. He came to Virage from the worldwide product marketing organization at Apple, where he spent several years in product management. Prior to that, Dave was an associate in Booz Allen & Hamilton's Information Technology practice in San Francisco. He started his career in enterprise systems development and integration in the Boston office of Accenture (formerly Andersen Consulting).

Dave graduated from Dartmouth College with an AB in Engineering Sciences and a BE in Computer Engineering. He also received an MBA from the University of Michigan with High Distinction.



**Salar Kamangar**
**Vice President, Product Management**

Salar oversees Google's advertising and monetization products, including the AdWords program. He joined Google in 1999. During his first year, he created the company's first business plan and was responsible for its legal and finance functions. From there, Salar became a founding member of Google's product team, where he worked on consumer projects including the acquisition of DejaNews and the subsequent launch of Google Groups. In 2001, Salar led a small engineering team to define and launch the AdWords product in order to monetize the company's growing search traffic. Later, AdWords served as the foundation for Google's syndication on partner sites, including AOL, and today serves as the engine that drives Google's advertising revenue.

Salar earned his B.S. in Biological Sciences with Honors from Stanford University.



**Kai-Fu Lee**
**Vice President, Engineering, Product, and Public Affairs & President, Greater China**

Kai-Fu joined Google in 2005 to develop the company's operations in China. He is responsible for all engineering, product development and public affairs activities there.

From 1998 to 2005, Kai-Fu was at Microsoft as a corporate vice president responsible for advanced natural language and user interface technologies. He also founded Microsoft Research Asia, which has since become one of the best research centers in the world. From 1996 to 1998, Kai-Fu was president of Cosmo Software, a subsidiary of Silicon Graphics, Inc. (SGI). There he was responsible for several product lines and the company's web strategy. Before joining SGI, Lee spent 6 years at Apple Computer, most recently as vice president of the company's interactive media group, which developed QuickTime, QuickDraw 3D, QuickTime VR and PlainTalk speech technologies.

In addition, from 1988 to 1990 Kai-Fu was assistant professor at Carnegie Mellon University, where he developed the world's first speaker-independent continuous speech-recognition system. This system was selected as the "Most Important Innovation of 1988" by

BusinessWeek. While at Carnegie Mellon, Kai-Fu also developed the computer program that plays the game "Othello," which defeated the human world champion in 1988.

Kai-Fu holds a Ph.D. in Computer Science from Carnegie Mellon University and a B.S. in Computer Science with highest honors from Columbia University. He is a Fellow of the IEEE.



### Udi Manber
### Vice President, Engineering

As a Vice President of Engineering, Udi is responsible for core search. Before joining Google early in 2006, Udi was CEO of A9.com, a Senior VP at Amazon.com, and Yahoo's Chief Scientist. He started working on search algorithms in 1989 with the invention of Suffix Arrays (with Gene Myers) while he was a professor at the University of Arizona, and he was a co-developer of several search packages, including Agrep, Glimpse, WebGlimpse, and Harvest. He started developing search and other software tools for the web 2 months after Mosaic was announced in 1993, and continued ever since. While in academia, he also worked in the areas of theoretical computer science, computer security, distributed systems, and networks. He won a Presidential Young Investigator Award in 1985.

Udi holds a Ph.D. in Computer Science from the University of Washington.



### Marissa Mayer
### Vice President, Search Products & User Experience

Marissa leads the product management efforts on Google's search products – web search, images, groups, news, Froogle, the Google Toolbar, Google Desktop, Google Labs, and more. She joined Google in 1999 as Google's first female engineer and led the user interface and webserver teams at that time. Her efforts have included designing and developing Google's search interface, internationalizing the site to more than 100 languages, defining Google News, Gmail, and Orkut, and launching more than 100 features and products on Google.com. Several patents have been filed on her work in artificial intelligence and interface design. In her spare time, Marissa also organizes Google Movies – outings a few times a year to see the latest blockbusters – for 6,000+ people (employees plus family members and friends).

Concurrently with her full-time work at Google, Marissa has taught introductory computer programming classes at Stanford to over 3,000 students. Stanford has recognized her with the Centennial Teaching Award and the Forsythe Award for her outstanding contribution to undergraduate education.

Prior to joining Google, Marissa worked at the UBS research lab (Ubilab) in Zurich, Switzerland and at SRI International in Menlo Park, California.

Marissa has been featured in various publications, including Newsweek ("10 Tech Leaders of the Future"), Red Herring ("15 Women to Watch"), Business 2.0 ("Silicon Valley Dream Team"), BusinessWeek, Fortune, and Fast Company.

Graduating with honors, Marissa received her B.S. in Symbolic Systems and her M.S. in Computer Science from Stanford University. For both degrees, she specialized in artificial intelligence.



**Douglas Merrill**
**Vice President, Engineering**

Douglas Merrill joined Google late in 2003 as Senior Director of Information Systems. In this capacity he led multiple strategic efforts including Google's 2004 IPO and its related regulatory activities. He holds direct line accountability for all internal engineering and support worldwide.

Previously, Douglas was senior vice president at Charles Schwab and Co., Inc, a multinational financial services company. At Schwab, he was responsible for such functions as information security, common infrastructure, and human resources strategy and operations. Prior to his tenure there, Douglas worked at Price Waterhouse as a senior manager, ultimately becoming a leader in security implementation practices. Before that, he was an information scientist at the RAND Corporation, where he studied topics such as computer simulation in education, team dynamics and organizational effectiveness.

Douglas holds a BA from the University of Tulsa in Social and Political Organization, and an MA and Ph.D. in Psychology from Princeton University.



**Norio Murakami**
**Vice President &General Manager, Google Japan**

Norio Murakami joined Google Japan in April 2003. In his role as Vice President & General Manager, he is responsible for all aspects of Google's business in Japan.

Before joining Google, Norio was President of Docent Japan, where he established the Japanese subsidiary in November 2001. He built a solid foundation of leadership for Docent in Japan – and in the e-learning industry generally – through many partnerships including those with Accenture, NEC, and Works Applications.

From 1997 to 1999, Norio was President & CEO of Northern Telecom Japan. In this capacity, he successfully merged and integrated the company with Bay Networks Japan, whose parent company had been acquired by Northern Telecom, and was later re-named Nortel Networks Japan. With the transformation of the business from circuit switching to IP, Norio increased the company's revenue and profitability to a historic high in 2000. Through mid-2001, he served as President & CEO of Nortel Networks Japan.

Norio started his career as an engineer for minicomputer systems at Hitachi Electronics K.K. In addition to his service at Northern Telecom, he has held a number of management roles such as the CEO-Japan & VP-Corporate for Informix, and as a member of the Board of Directors for Marketing at Digital Equipment Corporation (DEC) Japan. This affiliation also included a five-year assignment at DEC headquarters in Massachusetts.

Norio graduated from Kyoto University with a B.S. in Engineering.



**David Radcliffe**
**Vice President, Real Estate**

As Vice President of Real Estate, David is responsible for managing Google's global real estate portfolio and workplace-related services.

David joined Google in early 2006 from the Trammell Crow Company, one of the largest diversified real estate services companies in the world, where he was Senior Vice President of International Operations. Immediately preceding that position, he served as Group Vice President of Real Estate and Workplace Services for PeopleSoft, Inc., where he managed PeopleSoft's global corporate services organization as well as its real estate and facilities functions.

David earned an MBA with a concentration in Real Estate and Construction Management from the University of Denver and a Bachelor of Engineering from Carleton University in Ottawa, Canada.



**Miriam Rivera**
**Vice President & Deputy General Counsel**

Miriam leads the legal teams for Google's corporate, commercial, Asia Pacific/Latin America, employment, real estate and technical operations. Previously, she served as associate general counsel, managing the commercial and strategic alliance practice for the company. Miriam has also closed a number of strategic partnerships for Google, including AOL and AOL Europe, as well as earlier partnerships for Yahoo! and Yahoo Japan, while overseeing the completion of thousands of revenue and strategic alliances.

Prior to joining Google, Miriam served as in-house counsel for Ariba Inc. in Sunnyvale, CA. Previously, she co-founded On Your Mind (later known as Outcome Software), a venture-backed enterprise software company. Earlier roles included strategy consultant for Andersen Consulting (now Accenture) and associate in the business and technology practice at the law firm of Brobeck, Phleger & Harrison.

In April 2005, *Corporate Counsel* magazine chose Miriam as one of the top 10 corporate attorneys most likely to be general counsel at a Fortune 500 company in the next five years. And in September 2005, Miriam was named one of *Lawdragon*'s 500 Leading Lawyers in America. In spring of 2006, she was named a finalist for Woman of the Year by *Hispanic Business Magazine*. Also in 2006, she was named to the Board of Visitors of Stanford Law School and to the Santa Clara County Bar Association's Blue Ribbon Commission on Diversity in the Legal Profession in Silicon Valley. The Hispanic National Bar Association recently voted Miriam "Latina Lawyer of the Year" for 2006.

In her spare time, Miriam also supports charitable and community endeavors such as A Better Chance (minority high school students), La Casa de las Madres (San Francisco's oldest and largest shelter for battered women), and the First Congregational Church of Palo Alto. She also serves as secretary to the board of the Google Foundation.

Miriam received an AB in Sociology and an AM in Spanish (Caribbean Literature) from Stanford University, as well as a JD/MBA from Stanford Law School and Stanford Graduate School of Business.



**Sheryl Sandberg**
**Vice President, Global Online Sales & Operations**

Sheryl Sandberg joined Google in 2001 and is currently the Vice President of Global Online Sales and Operations. In this role, Sheryl is responsible for online sales of Google's advertising and publishing products. She also runs sales operations and support for Google's consumer products and for Google Book Search. In addition, Sheryl serves on the board of the Google Foundation/Google.org and directs the Google Grants program, which provides free advertising to non-profit organizations worldwide.

Prior to joining Google, Sheryl was the Chief of Staff for the United States Treasury Department, where she helped lead its work on forgiving debt in the developing world. Before that, Sheryl was a management consultant with McKinsey & Company and an economist with The World Bank, where she worked on eradicating leprosy in India. Sheryl currently serves on the boards of The Ad Council and Leadership Public Schools.

Sheryl received a B.A. summa cum laude in Economics from Harvard University, and was awarded the John H. Williams Prize as the top graduating student in economics. She was a Baker and Ford Scholar at Harvard Business School, where she also earned an MBA with highest distinction.



**Susan Wojcicki**
**Vice President, Product Management**

Susan Wojcicki is Vice President of Product Management, responsible for the product management of AdSense as well as Google Book Search, Google Video and the syndication of Google products to partners worldwide.

In 1998, Susan's garage served as the company's first headquarters. When she joined the young company in 1999, Susan was the small staff's first marketing professional. In those early days, she was responsible for a wide range of activities, including the establishment of the corporate identity, some of the first holiday logos, and marketing activities and collateral. She also product-managed the licensing of web search, site search and enterprise to Google's first customers, and was responsible for the initial development of Google Image Search.

Before joining Google, Susan worked at Intel, and was a management consultant at both Bain & Company and R.B. Webber & Company. Earlier, she was a product manager and developer for the educational software company MagicQuest.

Susan graduated with honors from Harvard University. She holds an MS from the University of California at Santa Cruz, and an MBA from the Anderson School of Management at UCLA.



**Dr. Larry Brilliant**
**Executive Director, Google.org**

Dr. Larry Brilliant is the Executive Director of Google.org. In this role, Larry works with the company's co-founders to define the mission and strategic goals of Google's philanthropic efforts. Google.org, the umbrella organization for these efforts, includes the Google Foundation as well as Google Grants (the AdWords giving program) and the company's major initiatives aimed at reducing global poverty, improving the health of the least advantaged in the world, and working to halt or even reverse the effects of the climate crisis.

Larry is an M.D. and M.P.H., board-certified in preventive medicine and

public health. He is a founder and director of The Seva Foundation, which works in dozens of countries around the world, primarily to eliminate preventable and curable blindness. Larry also serves as a member of strategic advisory committees for the University of California-Berkeley School of Public Health, Omidyar Network, and Kleiner Perkins (KPCB) Venture Capital.

In addition to his medical career, Larry co-founded The Well, a pioneering virtual community, with Stewart Brand in 1985. He also holds a telecommunications technology patent and has served as CEO of two public companies and other venture-backed start-ups.

The author of two books and dozens of articles on infectious diseases, blindness, and international health policy, Larry has worked at city, county, state, federal, and international levels. He was recently a "first responder" for CDC's smallpox bio-terrorism response effort, volunteered in Sri Lanka for tsunami relief, and established "Pandefense," an interdisciplinary consultancy to prepare for possible pandemic influenza. Larry lived in India working as a United Nations medical officer for more than a decade where he played a key role in the successful World Health Organization (WHO) smallpox eradication program and has recently worked for the WHO polio eradication effort as well. He was Associate Professor of epidemiology, global health planning and economic development at the University of Michigan.

Larry earned a Masters in Public Health in health planning and economic development from the University of Michigan, and received his M.D. from Wayne Medical School. He has received several awards from the Government of India and from WHO. In 2005 he received an honorary Doctor of Sciences from Knox College, and was named "International Public Health Hero" by the University of California. In February 2006 he received the Sapling Foundation's TED Prize.



©2006 Google - Home - About Google - Privacy Policy - Terms of Service