**POWLEY & GIBSON, P.C.**
417 Canal Street, 4th Floor
New York, New York 10013
212.226.5054
fax 212.226.5085
mailbox @powleygibson.com

VIA ELECTRONIC CASE FILING

October 11, 2006

Magistrate Judge E. Thomas Boyle
United States District Court
100 Federal Plaza
Central Islip, New York 11722

   Re: Google, Inc. v. Richard Wolfe
     Civ. Action No. 05-cv-01779 (TCP)(ETB)
     Our Ref. No. 246.1

Dear Magistrate Judge Boyle:

The purpose of this letter is to request that the deadline for dispositive motions be extended from October 13, 2006 to and including December 15, 2006.

During the parties' telephone conference with Your Honor on October 2, 2006, the deadline for the close of fact discovery was extended to December 2, 2006. Given the extension of the period for discovery, the parties request that the deadline for dispositive motions be extended too.

The original scheduling plan lists the deadline for dispositive motions as October 13, 2006.

The parties have not submitted any previous requests for extending the deadline for dispositive motions and the Court's granting of this request will not affect any other dates in the current Scheduling Order.

Magistrate Judge E. Thomas Boyle
Civil Action No. 05-cv-01779
October 11, 2006
Page 2 of 2

Plaintiff consents to this request and Defendant submits this request on behalf of both parties.

If you have any questions or need any further information, please do not hesitate to contact the undersigned.

Respectfully submitted,

James M. Gibson
Counsel for Defendant,
Richard Wolfe

cc:   Ramsey Al-Salam, Esq.
      Counsel for Plaintiff, Google, Inc. (via Electronic Case Filing and e-mail)

      Richard S. Mandaro, Esq.
      Counsel for Plaintiff, Google, Inc. (via Electronic Case Filing and e-mail)