UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------)
GOOGLE INC.,                            :
a Delaware corporation,                 :   CV-05-1779 (TCP) (ETB)
                                        :
        Plaintiff,                      :
                                        :
    v.                                  :
                                        :
RICHARD WOLFE d/b/a                     :
FROOGLES.COM,                           :
an individual,                          :
                                        :
        Defendant.                      :
---------------------------------------------------)

Please take Notice that Counsel for Defendant in the above reference matter, Richard Wolfe d/b/a FROOGLES.COM, and individual, has undergone a name and address change.

The firm's name and address was formerly:

> Law Office of Robert L. Powley, P.C.
> 417 Canal Street – 4th Floor
> New York, New York 10013
> Telephone: (212) 226-5054
> Facsimile: (212) 226-5085

The firm's new name and contact information are as follows:

> Powley & Gibson, P.C.
> 304 Hudson Street, 2nd Floor
> New York, New York 10013
> Telephone: (212) 226-5054
> Facsimile: (212) 226-5085

We ask that this Court make note of the change and that all future correspondence is forwarded accordingly.

Dated: October 17, 2006

Respectfully submitted,

By: _____
Robert L. Powley (RP7674)
James M. Gibson (JG9234)

*Attorneys for Defendant
Richard Wolfe d/b/a Froogles.com,
an individual.*
POWLEY & GIBSON, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile:   (212) 226-5085