UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
GOOGLE INC., a Delaware corporation,         :

       Plaintiff,                              :

   -against-                                   :

RICHARD WOLFE, an individual doing           :
business as Froogles.com,                        CIVIL ACTION NO.
                                                   2:05-cv-01779 (TCP) (ETB)
       Defendant,                              :

   -and-                                        :

                                                :

                                                :
------------------------------------- X
                                                :
RICHARD WOLFE, an individual,
                                                :

       Counter-Claimant,                       :

   -against-                                   :

GOOGLE INC., a Delaware corporation,         :

       Counter-Defendant.                      :

                                                :
------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance in this litigation of Google Inc. by and

through undersigned counsel. Copies of all documents and pleadings with regard to this

litigation, with the exception of original process, are to be served on the undersigned counsel.

41063-0038/LEGAL12005803.1                    -1-

Dated this 25th day of October, 2006.

**PERKINS COIE LLP**

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam (Pro Hac Vice)
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel:  (206) 359-8000
Fax:  (206) 359-9000
RAlSalam@perkinscoie.com

Attorneys for Plaintiff Google Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following: Robert L. Powley and James Gibson, Powley & Gibson, 304 Hudson Street, 2nd Floor, New York, NY 10013.

Dated: Seattle, Washington.

October 25, 2006

PERKINS COIE LLP

By: *Ramsey M. Al-Salam*
Ramsey M. Al-Salam, Bar No. 18822
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206.359.8000
Attorneys for Defendant