# POWLEY|GIBSON

<u>VIA ELECTRONIC CASE FILING</u>

November 14, 2006

Magistrate Judge Boyle
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:  Google, Inc. v. Richard Wolfe d/b/a Froogles
           Civ. No. 05-01779 (TCP)(ETB)
           <u>Our Ref. No. 246.1</u>

Dear Magistrate Judge Boyle:

On October 5, 2006, Defendant filed a Motion to Compel via Electronic Case Filing. Given that discovery is set to close on December 1, 2006, Defendant respectfully requests that Your Honor provide sufficient time for additional discovery should Defendant's motion be granted.

If you have any questions or need any further information, please do not hesitate to contact the undersigned.

Respectfully submitted,

James M. Gibson
Counsel for Defendant,
Richard Wolfe

Powley & Gibson, p.c.
304 Hudson Street
2nd Floor
New York, NY 10013
212.226.5054
F 212.226.5085
powleygibson.com

cc:  Ramsey Al-Salam, Esq. and Richard S. Mandaro, Esq.
      Counsel for Plaintiff, Google, Inc. (via ECF and e-mail only)