UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOOGLE INC.,

                          Plaintiff(s),

                                            ORDER

            -against-                     CV 05-1779 (TCP) (ETB)

RICHARD WOLFE,

                          Defendant(s).
------------------------------------------------------------------------X

       The parties will appear before the undersigned as a walk-in immediately following oral

argument on the motion to dismiss before Judge Platt on December 8, 2006.

SO ORDERED:

Dated: Central Islip, New York
       November 28, 2006

                                                /s/ E. Thomas Boyle
                                                E. THOMAS BOYLE
                                                United States Magistrate Judge