IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x
GOOGLE INC., a Delaware corporation,   :
                                       :
              Plaintiff,               :
                                       :
       v.                              :   CIVIL ACTION NO.
                                       :   2:05-cv-01779 (TCP) (ETB)
RICHARD WOLFE, an individual doing     :
business as Froogles.com,              :
                                       :
              Defendant,               :
                                       :
Richard Wolfe, an individual,          :
                                       :
              Counter-                 :
              Claimant,                :
                                       :
       v.                              :
                                       :
GOOGLE INC., a Delaware corporation,   :
                                       :
              Counter-                 :
              Defendant                :
- - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR DISMISSAL OF CLAIMS

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Ramsey Al-Salam (Exhibit 1), Plaintiff/Counter-Defendant Google Inc. ("GOOGLE") will move this Court before the Honorable Thomas C. Platt, United States District Judge, at the United States Courthouse in Central Islip, New York, 11722, on the 8th day of December, 2006, at 10:30 a.m., or as soon thereafter as counsel can be heard, for an Order Dismissing Google's claims against Wolfe and directing that party bear its own fees.

RESPECTFULLY SUBMITTED: October 3, 2006.

346476.1
41063-0038/LEGAL11611252.1

PERKINS COIE LLP


By */s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam
Attorneys for Plaintiff Google Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following: Robert L. Powley and James Gibson, Powley & Gibson, 417 Canal Street, 4th Floor, New York, NY 10013.

>   /s/ *Ramsey M. Al-Salam*
>   Ramsey M. Al-Salam