## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - x

GOOGLE INC., a Delaware corporation,          :

    Plaintiff,                                 :

            v.                                 :     CIVIL ACTION NO.:  2:05-cv-01779
                          :                     (TCP) (ETB)
RICHARD WOLFE, an individual d/b/a            :
Froogles.com,                                 :
                          :     ECF CASE
    Defendant.                                 :

- - - - - - - - - - - - - - - - - - - -  x

RICHARD WOLFE, an individual,                 :

    Counter-Claimant,                          :

            v.                                 :

GOOGLE INC., a Delaware corporation,          :

    Counter-Defendant                          :

- - - - - - - - - - - - - - - - - - - - - x

### PROPOSED ORDER GRANTING GOOGLE'S
### MOTION TO DISMISS

Upon the motion and supporting Declaration of Ramsey Al-Salam, Perkins Coie LLP, for

the dismissal of Google Inc.'s ("Google") claims with prejudice pursuant to Federal Rule of

Civil Procedure 41(a)(2), as well as any Opposition or Reply papers, due and proper notice

having been given under the circumstances; and other good cause appearing;

**IT IS HEREBY ORDERED THAT**

(1)    The claims of Google against Richard Wolfe in this action are dismissed pursuant

to Rule 42(a)(2) of the Federal Rules of Civil Procedure; and

346668.1
41063-0038/LEGAL11610965.1

Dockets.Justia.com

2.    Each party shall bear its own attorneys' fees.

_____
U.S. District Court Judge


Dated:    October ___, 2006