UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GOOGLE, INC.,
A Delaware corporation,

    Plaintiff/Counter-Defendant,

v.

RICHARD WOLFE d/b/a
FROOGLES.COM,
An individual,

    Defendant/Counterclaimant.
------------------------------------------------------------x

CV-05-1779(TCP) (ETB)

## NOTICE OF MOTION TO FIX A CHARGING LIEN

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Stephen L. Humphrey, and upon all prior pleadings, papers and proceedings herein and in the Trademark Trial of Appeal Board of the United States Patent and Trademark Office, styled *Richard Wolfe, Opposer v. Google, Inc., Applicant* (Opposition No. 91159991), the undersigned will move this Court before the Honorable Thomas C. Platt, United States District Judge, United States District Court for the Eastern District of New York, Courtroom 1040 at the Long Island Courthouse, located at 1044 Federal Plaza, Central Islip, NY 11722-4438, on the 8th day of December [*November* struck through], 2006 at 9:30 a.m., or as soon as counsel may be heard, for an Order fixing a charging lien pursuant to N.Y. Judiciary Law § 475 and directing that the lien be satisfied out of the proceeds of any judgment or settlement reached in this action; and for such other and further relief as this Court may deem just and proper, including the costs associated with this motion.

1

Dated: New York, New York
       October 31, 2006

Respectfully submitted,

_____
Jayni Edelstein Alegria (JE 2408)
CAMERON & HORNBOSTEL LLP
866 United Nations Plaza
New York, N.Y. 10017
(646) 840-6666

Stephen L. Humphrey
CAMERON & HORNBOSTEL LLP
818 Connecticut Ave., N.W.
Washington, DC 20006
(202) 293-4690

**Attorneys for former Counsel to Defendant/Counterclaimant, Cameron & Hornbostel LLP**