UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GOOGLE INC.,

                                                                            CV-05-1779 (TCP) (ETB)

                Plaintiff,

      - against -                                         **REFERRAL**
                                                                  **ORDER**

RICHARD WOLFE d/b/a/
FROOGLES.COM.,

                                   Defendant.
--------------------------------------------------------X
PLATT, District Judge.

        Before the Court is Plaintiff's Motion to dismiss the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Motion is hereby referred to Magistrate Judge E. Thomas Boyle for settlement discussions regarding the payment of attorney's fees.

SO ORDERED.

                                                                    /s/
                                                     Thomas C. Platt, U.S.D.J.

Dated:  Central Islip, New York
           December 05, 2006