UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GOOGLE INC.,

                 CV-05-1779 (TCP) (ETB)

     Plaintiff,

 - against -          **REFERRAL ORDER**

RICHARD WOLFE d/b/a/
FROOGLES.COM.,

     Defendant.
-------------------------------------------------------X
PLATT, District Judge.

   Before the Court is a Motion by interested party, Cameron & Hornbostel LLP ("C & H"), to fix a charging lien to be satisfied out of any proceeds obtained by Defendant, Richard Wolfe, in the above referenced action. In accordance with this Court's Referral Order dated December 05, 2006, C & H's Motion is hereby referred to Magistrate Judge E. Thomas Boyle for settlement discussions.

SO ORDERED.

                 /s/ Thomas C. Platt
                 Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
    December 07, 2006

Dockets.Justia.com