RAMSEY M. AL-SALAM, Bar No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:     (206) 359-8000
Facsimile:      (206) 359-6385

MICHAEL H. RUBIN, State Bar No. 214626
PERKINS COIE LLP
Four Embarcadero Center, 24th Floor
San Francisco, California  94111-5900
Telephone:     (415) 344-7000
Facsimile:      (415) 344-7050

Attorneys for Plaintiff/Counter-Defendant
GOOGLE INC.

### UNITED STATES EASTERN DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>      Plaintiff/Counter-Defendant,<br><br>      v.<br><br>RICHARD WOLFE d/b/a FROOGLES.COM, an individual,<br><br>      Defendant/Counterclaimant. | CV-05-1779 (TCP) (ETB) |

### PLAINTIFF GOOGLE INC.'S IDENTIFICATION OF PROPOSED PARTICIPANTS IN SETTLEMENT CONFERENCE

During the December 8, 2006 telephone conference, Judge Boyle ordered that plaintiff Google Inc.'s counsel submit information concerning Google's executives, and proposed non-lawyer business representatives of Google at any settlement conference.  Google proposes that Bindu Reddy, the Product Manager for Froogle, or Craig Nevill-Manning, Engineering Director for Froogle, are the most appropriate Google business representatives to attend any settlement conference.  They have been directly involved in the development and use of Froogle.com and

they are the two individuals at Google that are the most familiar with Google's plans and strategies concerning Froogle.com. Either will be granted full authority to resolve this matter. Google has proposed both of these executives to defendant as possible representatives at the hearing. Defendant's counsel has not approved Mr. Nevill-Manning, but has not yet responded to the suggestion of Ms. Reddy.

During the settlement conference, the Court requested a "masthead" of Google's executives. Google's Executive Management is listed online at www.google.com/corporate/execs.html. Google has many other layers of management, but they do not exist on any publicly available organization charts. The Executive Management team manages Google at a high level and would not be appropriate representatives at a settlement conference because they are not directly involved with the Froogle service and are not as familiar with the facts or issues associated with the lawsuit. Most of them are based in Mountain View, California and others are located in other countries around the world. Requiring them to come to the conference would be a waste of time and money for all those involved. Pursuant to the Court's instruction, Google and its counsel will continue to work with defendant's counsel concerning an appropriate representative.

Dated: December 8, 2006
Seattle, Washington.

Respectfully submitted,

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206.359.8000


By:_____
   Ramsey M. Al-Salam
   Admitted Pro Hac Vice
   Attorneys for Plaintiff Google Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, a true and correct copy of the foregoing was duly served on counsel for defendant via CM/ECF filing as follows:

James M. Gibson, Esq.
Robert L. Powley, Esq.
Law Office of Robert L. Powley, P.C.
417 Canal Street, 4th Floor
New York, NY  10013
Fax:  (212) 226-5085

_____
Ramsey M. Al-Salam