UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GOOGLE INC.,

                                  Plaintiff(s),          ORDER

        -against-                           CV 05-1779 (TCP) (ETB)

RICHARD WOLFE,

                                  Defendant(s).
-------------------------------------------------------------------------X

       The telephone conference previously set for 2:00 p.m. on January 24, 2007 with the undersigned has been rescheduled for 10:30 a.m. on that date. Plaintiff's counsel shall initiate the call and have all parties on the line before connecting chambers (631-712-5710). The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint). All counsel must participate.

       No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be sent to chambers via ECF on notice to all parties.

       Plaintiff's counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.

**SO ORDERED:**

Dated: Central Islip, New York
          January 22, 2007

                                                      /s/ E. Thomas Boyle
                                                      E. THOMAS BOYLE
                                                      United States Magistrate Judge