UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

D+F

BEFORE: E. THOMAS BOYLE, U.S.M.J.      DATE: JANUARY 24, 2007
                                       TIME: 10:30 A.M.

                                       ASSIGNED JUDGE: PLATT

DOCKET NO.: CV-05-1779   CASE GOOGLE INC. V. WOLFE

            CIVIL CONFERENCE-TELEPHONE     S/C

APPEARANCES:    Plaintiff                          Defendant

                Ramsey Al-Salam                    Jim Gibson - Wolfe
                Richard Mandaro                    Steve Humphrey

THE FOLLOWING RULINGS WERE MADE:

The settlement conference is re-scheduled to 1/31/07 at 2:00 pm. The parties are requested to advise the court by ECF on 1/26/07, as to the scope of the conference. Three page letters, under seal, shall be filed by each party addressing the issues to be discussed. In the absence of any agreement, the issues are limited to the referral orders dated 12/5 and 12/7/06.

So ordered

                                       /s/ E. Thomas Boyle, U.S.M.J.