

Ramsey M. Al-Salam
PHONE: (206) 359-6385
FAX: (206) 359-7385
EMAIL: RAlsalam@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

January 26, 2007

*FILED UNDER SEAL*

Hon. E. Thomas Boyle
U.S. District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: **Google Inc. v. Richard Wolfe**
    **Civil Case No. 05-1779**

Dear Judge Boyle:

Thank you for your efforts in assisting the parties to resolve this suit. All of the parties believe that any settlement conference should be directed at a global settlement of the issues.

Respectfully submitted,

Ramsey M. Al-Salam

RMA:nr

cc: Robert L. Powley, Esq.
    James M. Gibson, Esq.
    Steven L. Humphrey, Esq.
    Richard S. Mandaro, Esq.

41063-0038/LEGAL12990084.1