UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOOGLE INC.,

         Plaintiff(s),

                <u>ORDER</u>

    -against-         CV 05-1779 (TCP) (ETB)

RICHARD WOLFE,

         Defendant(s).
------------------------------------------------------------------------X

  The parties are directed to inform the court, in writing via ECF, as to the status of this matter by April 30, 2007.

SO ORDERED:

Dated: Central Islip, New York
   April 19, 2007

                <u>/s/ E. Thomas Boyle</u>
                E. THOMAS BOYLE
                United States Magistrate Judge