RAMSEY M. AL-SALAM, WA State Bar No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Telephone:	(206) 359-8000
Facsimile:	(206) 359-6385

MICHAEL H. RUBIN, CA State Bar No. 214626
PERKINS COIE LLP
Four Embarcadero Center, 24th Floor
San Francisco, California  94111-5900
Telephone:	(415) 344-7000
Facsimile:	(415) 344-7050

CHESTER P. ROTHSTEIN, NY State Bar No. CR 1417
RICHARD S. MANDARO, NY State Bar No. RM 2602
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York  10016
Telephone:	(212) 336-8000
Facsimile:	(212) 336-8001

Attorneys for Plaintiff/Counter-Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE INC., a Delaware corporation, ) ) ) Plaintiff ) ) v. ) ) RICHARD WOLFE d/b/a FROOGLES.COM, ) ) Defendant. ) | CV-05-1779 (TCP) (ETB)<br><br>**CORRECTED STATUS REPORT** |

Pursuant to the Court's order of April 19, 2007, the parties submit the following Status Report.  Google has, for business reasons, ceased use of "Froogle" as a name for its shopping service.  The shopping service has been re-named "Google Product Search."  The domain name, Froogle.com, is re-directed to Google.com.

41063-0038/LEGAL13201869.1

     The parties have been unable to finalize a settlement. In light of the impasse, the parties believe, unfortunately, that the litigation must proceed. Google has previously served a Motion for Summary Judgment with respect to monetary relief, and requests that a briefing schedule and hearing be set to consider that motion. The parties wish to schedule a conference with the Court to seek guidance on how to proceed.

Date:  May 1, 2007.                                **PERKINS COIE LLP**

By:  */s/ Ramsey M. Al-Salam*
    Ramsey M. Al-Salam, Bar No. 18822
    1201 Third Avenue, Suite 4800
    Seattle, WA  98101-3099
    206.359.8000/206.359.9000
Attorneys for Plaintiff and Counter-Defendant Google Inc.