UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOOGLE INC.,

                        Plaintiff(s),                        <u>ORDER</u>

           -against-                              CV 05-1779 (TCP) (ETB)

RICHARD WOLFE,

                        Defendant(s).
-----------------------------------------------------------------X

      A conference in the above-captioned case will be held at 10:00 a.m. on May 16, 2007, before E. Thomas Boyle, United States Magistrate Judge, in United States District Court, Alfonse M. D'Amato U.S. Courthouse (Courtroom 830), Central Islip, New York. All counsel shall be present.

      No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournment shall be filed via ECF.

      Plaintiff's counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.

SO ORDERED:

Dated: Central Islip, New York
       May 2, 2007

                                                      <u>/s/ E. Thomas Boyle</u>
                                                      E. THOMAS BOYLE
                                                      United States Magistrate Judge