

Ramsey M. Al-Salam
PHONE (206) 359-6385
FAX (206) 359-7385
EMAIL RAlsalam@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

May 3, 2007

Hon. E. Thomas Boyle
U.S. District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re:   Google Inc. v. Richard Wolfe
      Civil Case No. 05-1779

Dear Judge Boyle:

I am writing in connection with the Court's order that counsel be "present" for a status conference on Wednesday, May 16, 2007 at 10:00 a.m. Because I reside and work in Seattle, appearing in person is difficult. At the suggestion of the Clerk, I am writing to request that I be allowed to attend by telephone. If the Court prefers I attend in person, of course, then I will make arrangements to do so. Alternatively, we could also have a representative of our local counsel, Amster Rothstein & Ebenstein, appear in person, along with my participation by phone. Thank you for your consideration of this matter.

Respectfully submitted,

Ramsey M. Al-Salam

RMA:nr

cc:   Robert L. Powley, Esq.
      James M. Gibson, Esq.
      Richard S. Mandaro, Esq.

41063-0038/LEGAL13212022.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

Dockets.Justia.com