UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

BEFORE: E. THOMAS BOYLE, U.S.M.J.   DATE: MAY 16, 2007
TIME: 10:00 A.M.

ASSIGNED JUDGE: PLATT

DOCKET NO.: CV-05-1779   CASE GOOGLE V. WOLFE

CIVIL CONFERENCE-TELEPHONE   S/C

APPEARANCES:   Plaintiff                        Defendant

Ramsey Al-Salam                  Jim Gibson
Rich Mandaro                     Stephen Humphrey

THE FOLLOWING RULINGS WERE MADE:

A phone conference is scheduled for 5/24/07 at 1:00 pm. Plaintiff's counsel is requested to initiate the call.

The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint).

So ordered

/s/ E. Thomas Boyle, U.S.M.J.