UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

BEFORE:  E. THOMAS BOYLE, U.S.M.J.         DATE: MAY 25, 2007
                                           TIME: 11:30 A.M.

                                           ASSIGNED JUDGE: PLATT

DOCKET NO.: CV-05-1779   CASE GOOGLE, INC. V. WOLFE

            CIVIL CONFERENCE-TELEPHONE   S/C

APPEARANCES:    Plaintiff                      Defendant

                Ramsey Al-Salam                Jim Gibson
                Rich Mandaro                   Steve Humphrey

THE FOLLOWING RULINGS WERE MADE:

A second settlement conference shall be held on June 27, 2007, at 2:00 pm. Counsel and principals with authority to settle the action shall be present.

So ordered

/s/ E. Thomas Boyle, U.S.M.J.