Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Attorneys for Defendant
RICHARD WOLFE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------) | | |
| **GOOGLE INC.,** | : | |
| **a Delaware corporation,** | : | **CV-05-1779 (TCP) (ETB)** |
| | : | |
| **Plaintiff/Counter-Defendant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **RICHARD WOLFE d/b/a** | : | |
| **FROOGLES.COM,** | : | |
| **an individual,** | : | |
| | : | |
| **Defendant/Counterclaimant.** | : | |
| ------------------------------------------) | | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Google, Inc. and Richard Wolfe d/b/a froogles.com, by counsel, hereby stipulate to the

dismissal of this action, including all claims and counterclaims, with prejudice with each party

being responsible for its own costs and attorney fees.

The parties agree to submit to the jurisdiction of this Court to resolve any dispute arising from the settlement agreement executed to settle this lawsuit.

Richard Wolfe d/b/a froogles.com
(Defendant)

By: _____
James M. Gibson (JG 9234)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Tele: (212) 226-5054
Fax: (212) 226-5085
Email: jmgibson@powleygibson.com

Google, Inc. (Plaintiff)

By: _____
Richard S. Mandaro (RM 2602)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 336-8100
Facsimile: (212) 336-8001
Email: RMandaro@ARElaw.com

Ramsey Al-Salam
Perkins Coie, LLP
1201 Third Ave Ste. 4800
Seattle, WA 98101
Telephone: (206) 359-6385
Facsimile: (206) 359-7385
Email: ralsalam@perkinscoie.com

SO ORDERED this _____ day of July 2007

_____
Thomas C. Platt
United States District Judge